1  Edward Gregory (CSBN 128375)
2  Jennifer Morrow (CSBN 185964)
   STEPTOE & JOHNSON LLP
3  633 West Fifth Street, Suite 700
4  Los Angeles, California 90071
   Telephone: (213) 439-9400
5  Facsimile: (213) 439-9599
6  egregory@steptoe.com
7  jmorrow@steptoe.com

8  Attorneys for Defendants Board of
9  Administration of California Public
   Employees' Retirement System (CalPERS)
10 and Anne Stausboll (Stausboll)

11

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA

14 | MICHAEL DRAGOVICH, MICHAEL        ) CASE NO. 4:10-CV-01564-CW
15 | GAITLEY, ELIZABETH LITTERAL,      )
16 | PATRICIA FITZSIMMONS,             ) **STIPULATION TO EXTEND**
   | CAROLYN LIGHT, and CHERYL         ) **TIME FOR DEFENDANTS**
17 | LIGHT, on behalf of themselves and all ) **CALPERS AND STAUSBOLL TO**
18 | other similarly situated,          ) **RESPOND TO COMPLAINT**
   |                                    )
19 |                    Plaintiffs,     )
20 |                                    ) *Assigned to the Hon.*
   |    vs.                             ) *Claudia Wilken*
21 |                                    )
22 | UNITED STATES DEPARTMENT OF        )
23 | THE TREASURY, TIMOTHY              )
   | GEITHNER, in his official capacity as )
24 | Secretary of the Treasury, United States )
25 | Department of the Treasury, INTERNAL )
   | REVENUE SERVICE, DOUGLAS           )
26 | SHULMAN, in his official capacity as )
27 | Commissioner of the Internal Revenue )
28 | Service, BOARD OF                  )

                              1
         STIPULATION TO EXTEND TIME FOR DEFENDANTS
         CALPERS AND STAUSBOLL TO RESPOND TO COMPLAINT

                                                    LA-192534

```
 1  ADMINISTRATION OF CALIFORNIA  )
    PUBLIC EMPLOYEES' RETIREMENT  )
 2  SYSTEM, and ANNE STAUSBOLL, in )
    her official capacity as Chief Executive )
 3  Officer, CalPERS,              )
 4                                 )
                                   )
 5              Defendants.        )
 6
 7       Plaintiffs Michael Dragovich, et al. and defendants Board Of Administration
 8  of California Public Employees' Retirement System (CalPERS) and Anne
 9  Stausboll (Stausboll) hereby stipulate under Local Rule 6-1(a), as follows:
10
11       Defendants CalPERS' and Stausboll's time to answer or otherwise
12       respond to Plaintiffs' Complaint for Injunctive and Declaratory Relief
13       is extended to June 15, 2010.
14
15  So stipulated,
16
17  DATED:  May 5, 2010        LEGAL AID SOCIETY –
                               EMPLOYMENT LAW CENTER
18
19
                               By: /s/ Claudia Center
20
                                   Claudia Center
21                                 Elizabeth Kristen
                               Attorneys for Plaintiffs Michael Dragovich, et al.
22
23  DATED:  May 5, 2010        STEPTOE & JOHNSON LLP
24
25                             By: /s/ Edward Gregory
26                                 Edward Gregory
                                   Jennifer Morrow
27                             Attorneys for Defendants CalPERS and Stausboll
28
```

IT IS SO ORDERED
/s/ Claudia Wilken
Judge Claudia Wilken

2
STIPULATION TO EXTEND TIME FOR DEFENDANTS
CALPERS AND STAUSBOLL TO RESPOND TO COMPLAINT

LA-192534

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May 2010, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

*PLEASE SEE ATTACHED SERVICE LIST.*

At Los Angeles, California, this 6th day of May, 2010.

> STEPTOE & JOHNSON LLP
>
> By: /s/ Edward G. Gregory
> Edward Gregory
> Jennifer Morrow
> STEPTOE & JOHNSON LLP
> 633 W. 5th St., Suite 700
> Los Angeles, CA 90071
> Tel: (213) 439-9400
> Fax: (213) 439-9599
>
> Attorneys for Defendants Board of Administration of California Public Employees' Retirement System and Anne Stausboll

STIPULATION TO EXTEND TIME FOR DEFENDANTS
CALPERS AND STAUSBOLL TO RESPOND TO COMPLAINT

LA-192534

## SERVICE LIST

*Michael Dragovich, et al., v. California Public Employees' Retirement System ("CalPERS") et al.*
Case No. 3:10-CV-01564-JCS

### COUNSEL FOR PLAINTIFFS

Claudia Center (CSBN 158255)
Shelley A., Gregory (CSBN 215442)
Elizabeth Kristen (CSBN 218227)
Lori Rifkin (CSBN 244081)
LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199
ccenter@las-elc.org
sgregory@las-elc.org
ekristen@las-elc.org
lrifkin@las-elc.org

### COUNSEL FOR THE UNITED STATES DEFENDANTS

Jean Lin
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
202-514-3716
Fax: 202-616-8470
jean.lin@usdoj.gov