1  TONY WEST
   Assistant Attorney General
2
   JOSEPH P. RUSSONIELLO (CSBN 44332)
3  United States Attorney

4  ARTHUR GOLDBERG
   Assistant Branch Director
5
   JEAN LIN
6  Senior Counsel
   Unite States Department of Justice
7  Civil Division
   Federal Programs Branch
8  20 Massachusetts Ave., N.W.
   Washington, DC 20530
9  (202) 514-3716
   (202) 661-8470 (Fax)
10
   Attorneys for Federal Defendants
11

12              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
13

14  MICHAEL DRAGOVICH, et al.,           )   No. 4:10-CV-01564-CW
                                         )
15              Plaintiffs,              )   STIPULATION TO EXTEND TIME FOR
                                         )   FEDERAL DEFENDANTS TO
16         vs.                           )   RESPOND TO COMPLAINT
                                         )
17                                       )
                                         )
18  UNITED STATES DEPARTMENT OF          )
    TREASURY, et al.,                    )
19                                       )
                Defendants.              )
20                                       )

21      Plaintiff Michael Dragovich, *et al.*, and federal defendants United States Department of

22  the Treasury, Timothy Geithner, Internal Revenue Service, and Douglas Schulman hereby

23  stipulate under Local Rule 6-1(a) as follows:

24      The time for federal defendants United States Department of the Treasury,

25  Timothy Geithner, Internal Revenue Service, and Douglas Schulman to respond to

26  Plaintiff's Complaint for Injunctive and Declaratory Relief is extended to **July 2,**

27  **2010.**

28  So Stipulated.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 25, 2010 | Attorneys for Plaintiffs |
| 3 | | LEGAL AID SOCIETY-<br>EMPLOYMENT LAW CENTER |
| 4 | | |
| 5 | | By: _____<br>CLAUDIA CENTER |
| 6 | | SHELLY A. GREGORY<br>ELIZABETH KIRSTEN |
| 7 | | LORI RIFKIN |
| 8 | | 600 Harrison Street, Suite 120<br>San Francisco, CA 94107 |
| 9 | | Tel: (415) 864-8848<br>Fax: (415) 864-8199 |
| 10 | | |
| 11 | DATED: May 25, 2010 | Attorneys for Federal Defendants |
| 12 | | TONY WEST<br>Assistant Attorney General |
| 13 | | JOSEPH P. RUSSONIELLO |
| 14 | | United States Attorney |
| 15 | | ARTHUR GOLDBERG<br>Assistant Branch Director |
| 16 | | By: _____ |
| 17 | | JEAN LIN |
| 18 | | U.S. Department of Justice<br>Civil Division |
| 19 | | Federal Programs Branch<br>20 Massachusetts Avenue, N.W. |
| 20 | | Washington, D.C. 20530<br>Tel: (202) 514-3716 |
| 21 | | Fax: (202) 616-8470 |

IT IS SO ORDERED

*Claudia Wilken*
Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA