Edward Gregory (CSBN 128375)
Jennifer Morrow (CSBN 185964)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599
egregory@steptoe.com
jmorrow@steptoe.com

Attorneys for Defendants Board of Administration of California Public Employees' Retirement System (CalPERS) and Anne Stausboll (Stausboll)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, and CHERYL LIGHT, on behalf of themselves and all other similarly situated,

Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF

**CASE NO. 4:10-CV-01564-CW**

**STIPULATION TO EXTEND TIME FOR DEFENDANTS CALPERS AND STAUSBOLL TO RESPOND TO COMPLAINT**

*Assigned to the Hon. Claudia Wilken*

ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,

Defendants.

Plaintiffs Michael Dragovich, *et al.* and defendants Board Of Administration of California Public Employees' Retirement System (CalPERS) and Anne Stausboll (Stausboll) hereby stipulate under Local Rule 6-1(a), as follows:

Defendants CalPERS' and Stausboll's time to answer or otherwise respond to Plaintiffs' Complaint for Injunctive and Declaratory Relief is extended to **July 2, 2010**.

So stipulated.

DATED: June 1, 2010

LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER

By: [signature]
Claudia Center
Shelley Gregory
Attorneys for Plaintiffs Michael Dragovich, et al.

DATED: June 1, 2010

STEPTOE & JOHNSON LLP

By: [signature]
Edward Gregory
Jennifer Morrow
Attorneys for Defendants CalPERS and Stausboll

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Claudia Wilken

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of June, 2010, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

**STIPULATION TO EXTEND TIME FOR DEFENDANTS CALPERS AND STAUSBOLL TO RESPOND TO COMPLAINT**

***PLEASE SEE ATTACHED SERVICE LIST.***

At Los Angeles, California, this 2nd day of June, 2010.

STEPTOE & JOHNSON LLP

By: /s/ Edward G. Gregory

Edward Gregory
Jennifer Morrow
STEPTOE & JOHNSON LLP
633 W. 5th St., Suite 700
Los Angeles, CA 90071
Tel: (213) 439-9400
Fax: (213) 439-9599

Attorneys for Defendants
Board of Administration of California
Public Employees' Retirement System
(CalPERS) and Anne Stausboll (Stausboll)

**SERVICE LIST**

*Michael Dragovich, et al., v. Board of Administration of California Public Employees' Retirement System (CalPERS) and Anne Stausboll (Stausboll)*
*Case No. 4:10-CV-01564-CW*

**COUNSEL FOR PLAINTIFF**

Claudia Center, Esq.
Shelley A., Gregory, Esq.
Elizabeth Kristen, Esq.
Lori Rifkin, Esq.
LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199
ccenter@las-elc.org
sgregory@las-elc.org
ekristen@las-elc.org
lrifkin@las-elc.org

**COUNSEL FOR THE UNITED STATES DEFENDANTS**

Jean Lin
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
202-514-3716
Fax: 202-616-8470
jean.lin@usdoj.gov