Claudia Center, State Bar No. 158255
Shelley A. Gregory, State Bar No. 215442
Elizabeth Kristen, State Bar No. 218227
Lori Rifkin, State Bar No. 244081
LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199
Email:    ccenter@las-elc.org
          sgregory@las-elc.org
          ekristen@las-elc.org
          lrifkin@las-elc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, and CHERYL LIGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>Defendants. | Case No. CV 4:10-01564-CW<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND** ~~[PROPOSED]~~ **ORDER** |

# STIPULATION

Plaintiffs Michael Dragovich, *et al.*; Defendants U.S. Department of the Treasury, Timothy Geithner, Internal Revenue Service, and Douglas Shulman; and Defendants Board of Administration of CalPERS and Anne Stausboll hereby stipulate under Local Rule 6-2 as follows:

The Case Management Conference scheduled for July 27, 2010 at 2:00 p.m. is continued to **August 3, 2010 at 2:00 p.m.**

The Stipulation is based upon the Declaration of Shelley A. Gregory, submitted herewith, pursuant to Local Rule 6-2(a).

So stipulated.

U.S. DEPARTMENT OF JUSTICE

Date: _____, 2010          By: _____
                                  Jean Lin
                                  Attorneys for Defendants Dept. of Treasury,
                                  Timothy Geithner, IRS, Douglas Shulman


STEPTOE & JOHNSON LLP

Date: _____, 2010          By: _____
                                  Edward Gregory
                                  Jennifer Morrow
                                  Attorneys for Defendants CalPERS and Anne
                                  Stausboll


THE LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER

Date: _____, 2010          By: _____
                                  Shelley A. Gregory

Stipulation to Continue Case Management Conference and [Proposed] Order
Case No. CV 4:10-01564-CW                                                                 1

## STIPULATION

Plaintiffs Michael Dragovich, *et al.*; Defendants U.S. Department of the Treasury, Timothy Geithner, Internal Revenue Service, and Douglas Shulman; and Defendants Board of Administration of CalPERS and Anne Stausboll hereby stipulate under Local Rule 6-2 as follows:

The Case Management Conference scheduled for July 27, 2010 at 2:00 p.m. is continued to **August 3, 2010 at 2:00 p.m.**

The Stipulation is based upon the Declaration of Shelley A. Gregory, submitted herewith, pursuant to Local Rule 6-2(a).

So stipulated.

U.S. DEPARTMENT OF JUSTICE

Date: July 6, 2010    By: _____
                         Jean Lin
                         Attorneys for Defendants Dept. of Treasury,
                         Timothy Geithner, IRS, Douglas Shulman

STEPTOE & JOHNSON LLP

Date: July 2, 2010    By: _____
                         Edward Gregory
                         Jennifer Morrow
                         Attorneys for Defendants CalPERS and Anne
                         Stausboll

THE LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER

Date: July 6, 2010    By: _____
                         Shelley A. Gregory

Stipulation to Continue Case Management Conference and [Proposed] Order
Case No. CV 4:10-01564-CW                                              1

Attorneys for Plaintiffs Michael Dragovich, *et al.*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: July 12, 2010          By: *[signature]*
                              CLAUDIA WILKEN
                              UNITED STATES DISTRICT JUDGE