William C. McNeill III, State Bar No. 64392
Claudia Center, State Bar No. 158255
Shelley A. Gregory, State Bar No. 215442
Lori Rifkin, State Bar No. 244081
LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199
Email: ccenter@las-elc.org
sgregory@las-elc.org
lrifkin@las-elc.org

Daniel S. Mason, State Bar No. 54065
Patrick Clayton, State Bar No. 240191
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery St Ste 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email: pclayton@zelle.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, and CHERYL LIGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>Defendants. | Case No. CV 4:10-01564-CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON THE FEDERAL DEFENDANTS' MOTION TO DISMISS**<br><br>Date: October 7, 2010<br>Time: 2:00 p.m.<br>Place: Courtroom of the Honorable Claudia Wilkin, U.S. District Court, Northern District of California, 1301 Clay Street, Courtroom 2 |

1  Plaintiff Michael Dragovich, *et al.*, and the federal defendants United States Department
2  of the Treasury, Timothy Geithner, United States Department of the Treasury, Internal Revenue
3  Service, and Douglas Shulman, and defendants Board of Administration of California Public
4  Employees' Retirement System and Anne Stausboll, through their respective counsel, hereby
5  stipulate that, subject to the Court's approval and availability, the case management conference
6  and the hearing on the federal defendants' motion to dismiss be held on October 14, 2010 at
7  2:00 p.m.  The reason for the requested continuance is that plaintiffs' counsel William C.
8  McNeill III, who will be participating in the argument on the federal defendants' motion to
9  dismiss, will be out of the state on October 7, 2010, on a long-planned vacation.

So stipulated,

LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER

Dated: September 13, 2010          By: _____
                                    Claudia Center, Counsel for Plaintiffs


STEPTOE & JOHNSON LLP


Dated: September 4, 2010           By: _____
                                    Edward Gregory, Jennifer Morrow, Counsel for
                                    Defendants CalPERS and Stausboll


U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION


Dated: September ___, 2010         By: _____
                                    Jean Lin, Counsel for Federal Defendants

1  Plaintiff Michael Dragovich, *et al.*, and the federal defendants United States Department
2  of the Treasury, Timothy Geithner, United States Department of the Treasury, Internal Revenue
3  Service, and Douglas Shulman, and defendants Board of Administration of California Public
4  Employees' Retirement System and Anne Stausboll, through their respective counsel, hereby
5  stipulate that, subject to the Court's approval and availability, the case management conference
6  and the hearing on the federal defendants' motion to dismiss be held on October 14, 2010 at
7  2:00 p.m. The reason for the requested continuance is that plaintiffs' counsel William C.
8  McNeill III, who will be participating in the argument on the federal defendants' motion to
9  dismiss, will be out of the state on October 7, 2010, on a long-planned vacation.

So stipulated,

LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER

Dated: September __, 2010                By: _____
                                         Claudia Center, Counsel for Plaintiffs


STEPTOE & JOHNSON LLP


Dated: September __, 2010                By: _____
                                         Edward Gregory, Jennifer Morrow, Counsel for
                                         Defendants CalPERS and Stausboll


U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION

Dated: September 13, 2010                By: /s/ Jean Lin
                                         Jean Lin, Counsel for Federal Defendants

Stipulation and [Proposed] Order to Continue Hearing Date
Case No. CV 4:10-01564-CW                                                               Page 1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | It is so ordered. |

<table>
<tr><td>3</td><td></td><td></td></tr>
<tr><td>4</td><td>**9/14/2010**<br>Dated</td><td>_____<br>UNITED STATES DISTRICT JUDGE</td></tr>
</table>

(signed)