William C. McNeill III, State Bar No. 64392
Claudia Center, State Bar No. 158255
Shelley A. Gregory, State Bar No. 215442
Lori Rifkin, State Bar No. 244081
LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199
Email:   ccenter@las-elc.org
         sgregory@las-elc.org
         lrifkin@las-elc.org

Daniel S. Mason, State Bar No. 54065
Patrick Clayton, State Bar No. 240191
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery St Ste 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email:   pclayton@zelle.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, and CHERYL LIGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>Defendants. | Case No. CV 4:10-01564-CW<br><br>STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' MOTION FOR CLASS CERTIFICATIONS |

Plaintiff Michael Dragovich, *et al.*, and the federal defendants United States Department of the Treasury, Timothy Geithner, United States Department of the Treasury, Internal Revenue Service, and Douglas Shulman, and defendants Board of Administration of California Public Employees' Retirement System and Anne Stausboll, through their respective counsel, hereby stipulate that, subject to the Court's approval and availability, the hearing on plaintiffs' motion for class certification be held on Thursday, June 9, 2011, at 2:00 p.m. The parties further stipulate, subject to the Court's approval, that the briefing schedule is:

April 14, 2011: Deadline for Plaintiffs to file motion for class certification

May 12, 2011 Deadline for Defendants' opposition(s)

May 26, 2011 Deadline for Plaintiffs' reply

The reason for the request to change the dates is that the federal defendants' motion to dismiss had been pending with the Court until January 18, 2011. Until the opinion issued, the status of the case and the scope of any class was unclear. Additionally, plaintiffs have drafted and circulated to counsel for defendants a first amended complaint adding two plaintiffs who are registered domestic partners (and are not married). The proceedings will be organized in a more efficient and rational manner if the plaintiffs file their first amended complaint (via motion or stipulation) prior to filing their motion for class certification.

So stipulated,

LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER

Dated: January 19, 2011

By: /s/ Claudia Center
Claudia Center, Counsel for Plaintiffs

STEPTOE & JOHNSON LLP

Dated: January __, 2011

By: _____
Edward Gregory, Jennifer Morrow, Counsel for Defendants CalPERS and Stausboll

Stipulation and [Proposed] Order re Plaintiffs' Motion for Class Certification
Case No. CV 4:10-01564-CW

Page 1

Plaintiff Michael Dragovich, *et al.*, and the federal defendants United States Department of the Treasury, Timothy Geithner, United States Department of the Treasury, Internal Revenue Service, and Douglas Shulman, and defendants Board of Administration of California Public Employees' Retirement System and Anne Stausboll, through their respective counsel, hereby stipulate that, subject to the Court's approval and availability, the hearing on plaintiffs' motion for class certification be held on Thursday, June 9, 2011, at 2:00 p.m. The parties further stipulate, subject to the Court's approval, that the briefing schedule is:

    April 14, 2011:    Deadline for Plaintiffs to file motion for class certification

    May 12, 2011      Deadline for Defendants' opposition(s)

    May 26, 2011      Deadline for Plaintiffs' reply

The reason for the request to change the dates is that the federal defendants' motion to dismiss had been pending with the Court until January 18, 2011. Until the opinion issued, the status of the case and the scope of any class was unclear. Additionally, plaintiffs have drafted and circulated to counsel for defendants a first amended complaint adding two plaintiffs who are registered domestic partners (and are not married). The proceedings will be organized in a more efficient and rational manner if the plaintiffs file their first amended complaint (via motion or stipulation) prior to filing their motion for class certification.

So stipulated,

LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER

Dated: January __, 2011

By: _____
Claudia Center, Counsel for Plaintiffs

STEPTOE & JOHNSON LLP

Dated: January 14, 2011

By: _____
Edward Gregory, Jennifer Morrow, Counsel for Defendants CalPERS and Stausboll

Stipulation and [Proposed] Order re Plaintiffs' Motion for Class Certification
Case No. CV 4:10-01564-CW                      Page 1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION

Dated: January 19, 2011

By: /s/ Jean Lin
Jean Lin, Counsel for Federal Defendants

**ORDER**

It is so ordered.

_____
Dated

_____
UNITED STATES DISTRICT JUDGE