William C. McNeill III, State Bar No. 64392
Claudia Center, State Bar No. 158255
Shelley A. Gregory, State Bar No. 215442
Lori Rifkin, State Bar No. 244081
LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199
Email: ccenter@las-elc.org
       sgregory@las-elc.org
       lrifkin@las-elc.org

Daniel S. Mason, State Bar No. 54065
Patrick Clayton, State Bar No. 240191
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery St Ste 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email: pclayton@zelle.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, and CHERYL LIGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>Defendants. | Case No. CV 4:10-01564-CW<br><br>**STIPULATION AND ORDER RE PLAINTIFFS' MOTION FOR CLASS CERTIFICATIONS** |

1    Plaintiff Michael Dragovich, *et al.*, and the federal defendants United States Department
2 of the Treasury, Timothy Geithner, United States Department of the Treasury, Internal Revenue
3 Service, and Douglas Shulman, and defendants Board of Administration of California Public
4 Employees' Retirement System and Anne Stausboll, through their respective counsel, hereby
5 stipulate that, subject to the Court's approval and availability, the hearing on plaintiffs' motion
6 for class certification be held on Thursday, June 9, 2011, at 2:00 p.m.  The parties further
7 stipulate, subject to the Court's approval, that the briefing schedule is:

8    April 14, 2011:    Deadline for Plaintiffs to file motion for class certification

9    May 12, 2011       Deadline for Defendants' opposition(s)

10   May 26, 2011       Deadline for Plaintiffs' reply

11   The reason for the request to change the dates is that the federal defendants' motion to
12 dismiss had been pending with the Court until January 18, 2011.  Until the opinion issued, the
13 status of the case and the scope of any class was unclear.  Additionally, plaintiffs have drafted
14 and circulated to counsel for defendants a first amended complaint adding two plaintiffs who
15 are registered domestic partners (and are not married).  The proceedings will be organized in a
16 more efficient and rational manner if the plaintiffs file their first amended complaint (via
17 motion or stipulation) prior to filing their motion for class certification.

18 So stipulated,

19
                            LEGAL AID SOCIETY –
20                          EMPLOYMENT LAW CENTER

21

22 Dated:  January __, 2011            By: _____
                                      Claudia Center, Counsel for Plaintiffs
23

24                                    STEPTOE & JOHNSON LLP

25

26 Dated:  January __, 2011            By: _____
                                      Edward Gregory, Jennifer Morrow, Counsel for
27                                    Defendants CalPERS and Stausboll

28

Stipulation and [Proposed] Order re Plaintiffs' Motion for Class Certification
Case No. CV 4:10-01564-CW                                                    Page 1

|   |   |
|---|---|
|   | U.S. DEPARTMENT OF JUSTICE |
|   | CIVIL DIVISION |
| Dated:  January __, 2011 | By: _____ |
|   | Jean Lin, Counsel for Federal Defendants |

**ORDER**

It is so ordered.

| 1/19/2011 | _Claudia Wilken_ |
|---|---|
| Dated | UNITED STATES DISTRICT JUDGE |