**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   MICHAEL DRAGOVICH; MICHAEL GAITLEY;        No. C 10-01564 CW
    ELIZABETH LITTERAL; PATRICIA
9   FITZSIMMONS; CAROLYN LIGHT; and            ORDER REGARDING
    CHERYL LIGHT; on behalf of themselves      FEDERAL
10  and all others similarly situated,         DEFENDANTS'
                                               MOTION FOR
11            Plaintiffs,                       CLARIFICATION
                                               (Docket No. 59)
12       v.

13  UNITED STATES DEPARTMENT OF THE
    TREASURY; TIMOTHY GEITHNER, in his
14  official capacity as Secretary of the
    Treasury, United States Department of
15  the Treasury; INTERNAL REVENUE
    SERVICE; DOUGLAS SHULMAN, in his
16  official capacity as Commissioner of
    the Internal Revenue Service; BOARD
17  OF ADMINISTRATION OF CALIFORNIA
    PUBLIC EMPLOYEES' RETIREMENT SYSTEM;
18  and ANNE STAUSBOLL, in her official
    capacity as Chief Executive Officer,
19  CalPERS,

20            Defendants.
                                          /
21

22

23        Federal Defendants have filed a motion for clarification of

24  the Court's January 18, 2011 Order Denying Federal Defendants'

25  Motion to Dismiss.  Docket No. 59.  The Court clarifies that,

26  because Plaintiffs are legally married, it was not necessary to

27  rule on whether Plaintiffs have stated a claim that I.R.C.

28  § 7702B(f), separate and apart from 1 U.S.C. § 7 (section three of

the Defense of Marriage Act), is unconstitutional.  The Court does

not understand Plaintiffs to be making such a claim.

     IT IS SO ORDERED.

Dated: 2/9/2011

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2