William C. McNeill III, State Bar No. 64392
Claudia Center, State Bar No. 158255
Elizabeth Kristen, State Bar No. 218227
LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone:   (415) 864-8848
Facsimile:    (415) 593-0096

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, and CHERYL LIGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>Defendants. | Case No. CV 4:10-01564-CW<br><br>STIPULATION AND ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF |

WHEREAS, Plaintiffs filed this action as a putative class on April 13, 2010, alleging constitutional claims on behalf of three gay and lesbian couples, all three of whom were married in 2008, and two of whom were registered as domestic partners;

WHEREAS, following extensions granted by the Plaintiffs, the defendants Board of

Stipulation and ~~Proposed~~ Order Re: First Amended Complaint for Declaratory and Injunctive Relief           1

1   Administration of CalPERS and Anne Stausboll ("the state defendants") answered the

2   complaint on July 2, 2010;

3       WHEREAS, following an extension granted by the Plaintiffs, the defendants United

4   States Department of the Treasury, Timothy Geithner, the Internal Revenue Service, and

5   Douglas Shulman ("the federal defendants") filed a motion to dismiss on July 2, 2010;

6       WHEREAS, the Plaintiffs opposed the motion to dismiss on August 12, 2010, and the

7   federal defendants filed their reply on August 26, 2010;

8       WHEREAS, on September 2, 2010, the parties filed their first joint Case Management

9   Conference statement, and the Plaintiffs disclosed their intention to file a motion to amend the

10  complaint by December 15, 2010 to add plaintiffs, *see* Joint Case Management Conference

11  Statement, page 7;

12      WHEREAS, the hearing on the motion to dismiss in this matter was held on October 14,

13  2010, as was the first case management conference;

14      WHEREAS, on October 14, 2010, Plaintiffs' counsel stated during the case

15  management conference that Plaintiffs were no longer planning to file a motion to amend the

16  complaint by December 15, 2010, but that things might change;

17      WHEREAS, on December 12, 2010, Plaintiffs' counsel emailed counsel for the state

18  defendants and for the federal defendants, disclosing: "Since the hearing, things have changed.

19  We now intend to file the motion to add plaintiffs. Specifically, we will ask the court to allow

20  us to amend the complaint to add two plaintiffs who are registered domestic partners, but who

21  are not married. (Alternatively, the parties could stipulate to such a filing.)."

22      WHEREAS, on January 18, 2011, the Court issued an order denying the federal

23  defendants' motion to dismiss;

24      WHEREAS, on January 18, 2011, and on January 21, 2011, plaintiffs' counsel shared

25  with all opposing counsel drafts of their First Amended Complaint, including the addition of

26  two plaintiffs who are registered as domestic partners but who are not married (Joanne Schmidt

27  and Reide Garnett);

28

1      WHEREAS, on January 26, 2011, the federal defendants filed a motion for clarification
2 as to whether this Court's Order intended to hold that Plaintiffs have stated a constitutional
3 claim regarding the exclusion of registered domestic partners from section 7702B(f)(2)(C)(iii)
4 of the Internal Revenue Code, noting that "Plaintiffs have requested Federal Defendants'
5 position regarding their plan to amend the Complaint to add plaintiffs who are not married but
6 are registered domestic partners under California law.";

7      WHEREAS, on February 9, 2011, the Court issued an order stating that, "The Court
8 clarifies that, because Plaintiffs are legally married, it was not necessary to rule on whether
9 Plaintiffs have stated a claim that I.R.C. § 7702B(f), separate and apart from 1 U.S.C. § 7
10 (section three of the Defense of Marriage Act), is unconstitutional.";

11     WHEREAS, on February 22, 2011, plaintiffs' counsel shared with all opposing counsel
12 a revised draft of their First Amended Complaint, including the addition of a plaintiff couple
13 who are registered as domestic partners but who are not married (Joanne Schmidt and Reide
14 Garnett), as well as a plaintiff couple who are registered as domestic partners and who are
15 married (Charles Cole and David Beers);

16     THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

17     Plaintiffs shall be granted leave to file their First Amended Complaint, adding Plaintiffs
18 Joanne Schmidt, Reide Garnett, Charles Cole, and David Beers, attached as Exhibit A to the
19 supporting declaration of Claudia Center; and

20     The state defendants' answer to the original complaint shall be deemed their answer to
21 the amended complaint.  The federal defendants shall have 60 days to answer or to file a motion
22 to dismiss.

Respectfully submitted,

THE LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER

Date: February 24, 2011          By: *[signature]*

CLAUDIA CENTER
Attorneys for Plaintiffs

U.S. DEPARTMENT OF JUSTICE

Date: February 24, 2011          By: *[signature]*

JEAN LIN
Attorney for Defendants Dept. of the Treasury, Timothy Geithner, IRS, Douglas Shulman

STEPTOE & JOHNSON LLP

Date: February 23, 2011          By: *[signature]*

EDWARD GREGORY
JENNIFER MORROW
Attorneys for Defendants CalPERS and Anne Stausboll

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT

Date: 3/1/2011          By: *[signature]*

THE HONORABLE CLAUDIA WILKEN

Stipulation and ~~Propose~~d Order Re: First Amended Complaint for Declaratory and Injunctive Relief          4