**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DRAGOVICH; MICHAEL GAITLEY; ELIZABETH LITTERAL; PATRICIA FITZSIMMONS; CAROLYN LIGHT; CHERYL LIGHT; JOANNE SCHMIDT; REIDE GARNETT; DAVID BEERS and CHARLES COLE, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury; INTERNAL REVENUE SERVICE; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>             Defendants. | No. C 10-01564 CW<br><br>ORDER DENYING FEDERAL DEFENDANTS' MOTION FOR STAY (Docket No. 67) |

Federal Defendants have moved to stay the proceedings in this action. Docket No. 67. Plaintiffs oppose. The Court denies Federal Defendants' motion to stay all proceedings, but will delay specific deadlines as necessary to allow new counsel to participate.

It appears that current counsel for Federal Defendants are prepared to file a motion to dismiss Plaintiffs' First Amended

Complaint on May 2, 2011. Plaintiffs shall file their opposition on May 16, 2011. Defendants' reply would be due on May 23, 2011, but if Defendants require an extension of that deadline, they may request one at that time. Meanwhile, written discovery may be taken from Plaintiffs and the State Defendants, and document production requests may be made of the Federal Defendants. All other discovery is stayed until May 9, 2011.

Plaintiffs may file their motion for class certification, as scheduled, on April 14, 2011 if they are able to do so. If Plaintiffs move for class certification then, and Federal Defendants are in need of an extension of time for their response, they may request one at that time. If Plaintiffs are unable to file their motion on April 14, 2011 due to the partial stay of discovery, they may attempt to agree upon a new briefing and hearing schedule with Federal Defendants at that time, or file an administrative motion proposing a new schedule.

IT IS SO ORDERED.

Dated: **3/17/2011**

CLAUDIA WILKEN
United States District Judge