**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DRAGOVICH; MICHAEL GAITLEY; ELIZABETH LITTERAL; PATRICIA FITZSIMMONS; CAROLYN LIGHT; CHERYL LIGHT; JOANNE SCHMIDT; REIDE GARNETT; DAVID BEERS and CHARLES COLE, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury; INTERNAL REVENUE SERVICE; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>　　　　Defendants.<br>_____/ | No. C 10-01564 CW<br><br>ORDER EXPEDITING BRIEFING ON BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES' MOTION TO INTERVENE FOR A LIMITED PURPOSE (Docket No. 72) |

　　The Bipartisan Legal Advisory Group of the United States House of Representative (the House) moves for leave to intervene as a party defendant in the present action.  Docket No. 72.  The House seeks to intervene for the limited purpose of litigating the

constitutionality of section three of the Defense of Marriage Act under the equal protection component of the Fifth Amendment's Due Process Clause in the context of a motion or cross-motion for summary judgment, and/or noticing an appeal from any final judgment by this Court holding that the provision is unconstitutional.

The motion indicates that federal Defendants, the United States Department of the Treasury, Timothy Geithner, the Internal Revenue Service and Douglas Shulman, do not oppose the House's intervention as a party, but federal Defendants intend to file a response explaining their position. The House also states that non-federal Defendants, the Board of Administration of California Public Employees' Retirement System and Anne Stausboll, do not oppose its motion. However, according to the House, Plaintiffs intend to argue that it should be required to participate as amicus rather than as a party.

In the interest of expeditiously resolving the manner in which the House will participate in this action, the parties that wish to respond and/or oppose its motion to intervene shall do so by May 10, 2011. The House may submit a reply on or before May 17, 2011.

IT IS SO ORDERED.

Dated: 5/3/2011

CLAUDIA WILKEN
United States District Judge

2