William C. McNeill III, State Bar No. 64392
Claudia Center, State Bar No. 158255
Elizabeth Kirsten, State Bar No. 218227
LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199
Email: wmcneill@las-elc.org; ccenter@las-elc.org; ekristen@las-elc.org

Daniel S. Mason, State Bar No. 54065
Patrick Clayton, State Bar No. 240191
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery St Ste 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email: pclayton@zelle.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, and CHERYL LIGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>Defendants. | Case No. CV 4:10-01564-CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALTER BRIEFING SCHEDULE ON THE FEDERAL DEFENDANTS' MOTION TO DISMISS**<br><br>Date: June 23, 2011<br>Time: 2:00 p.m.<br>Place: Courtroom of the Honorable Claudia Wilkin, U.S. District Court, Northern District of California, 1301 Clay Street, Courtroom 2 |

1   WHEREAS, on May 2, 2011, counsel for the federal defendants (United States Department of the Treasury, Timothy Geithner, the Internal Revenue Service, and Douglas Shulman) filed a motion to dismiss Plaintiffs' First Amended Complaint with respect to its claims on behalf of registered domestic partners under California law, with a hearing on the motion set for June 23, 2011 (Docket No. 71);

WHEREAS, also on May 2, 2011, counsel for the Bilateral Legal Advisory Group filed a motion to intervene (Docket No. 72);

WHEREAS, the federal defendants' motion to dismiss raises important questions of constitutional law that require study and attention;

WHEREAS, on May 3, 2011, the Court ordered expedited briefing on the BLAG's motion to intervene (Docket No. 73);

WHEREAS, on May 10, 2011, consistent with the expedited briefing schedule, counsel for the plaintiffs opposed the BLAG's motion and counsel for the Federal Defendants responded to the BLAG's motion (*see* Docket Nos. 75, 77);

WHEREAS, the deadline for the plaintiffs' opposition to the federal defendants' motion to dismiss has been specially set by the Court to be May 16, 2011, and the deadline for the federal defendants' reply has been specially set to be May 23, 2011 (*see* Order Denying Federal Defendants' Motion for Stay (March 17, 2011) (Docket No. 69);

WHEREAS, the Court's March 17, 2011 Order contemplated that an extension might be requested by the Federal Defendants (*see* Order, p. 2);

WHEREAS, under ordinary briefing rules, plaintiffs' opposition to the federal defendants' motion to dismiss would be due on June 2, 2011, and defendants' reply would be due one week later on June 9, 2011 (see L.R. 7-3(a));

WHEREAS, Elizabeth Kristen and Claudia Center, counsel for the plaintiffs, have been out of the office (and Ms. Center has been out of the state) attending to other commitments for many of the days between May 2, 2011 and the present, and require additional time to effectively respond to the federal defendants' motion;

Stipulation and [Proposed] Order to Alter Briefing Schedule
Case No. CV 4:10-01564-CW

Page 1

WHEREAS, the counsel for the Federal Defendants seeks more than one week to reply to plaintiffs' opposition to the motion to dismiss;

THEREFORE, Plaintiff Michael Dragovich, *et al.*, the federal defendants and defendants Board of Administration of California Public Employees' Retirement System and Anne Stausboll, through their respective counsel, hereby stipulate that, subject to the Court's approval, the briefing schedule on the federal defendants' motion to dismiss be altered as follows:

Plaintiffs' opposition: Due on May 26, 2011

Defendants' reply: Due on June 9, 2011

Hearing: June 23, 2011 (unchanged)

So stipulated,

LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER

Dated: May 12, 2011       By: _____
                              Claudia Center, Counsel for Plaintiffs

STEPTOE & JOHNSON LLP

Dated: May __, 2011       By: _____
                              Edward Gregory, Jennifer Morrow, Counsel for
                              Defendants CalPERS and Stausboll

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION

Dated: May __, 2011       By: _____
                              Jean Lin, Counsel for Federal Defendants

1. WHEREAS, the counsel for the Federal Defendants seeks more than one week to reply to plaintiffs' opposition to the motion to dismiss;

THEREFORE, Plaintiff Michael Dragovich, *et al.*, the federal defendants and defendants Board of Administration of California Public Employees' Retirement System and Anne Stausboll, through their respective counsel, hereby stipulate that, subject to the Court's approval, the briefing schedule on the federal defendants' motion to dismiss be altered as follows:

   Plaintiffs' opposition: Due on May 26, 2011

   Defendants' reply: Due on June 9, 2011

   Hearing: June 23, 2011 (unchanged)

So stipulated,

LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER

Dated: May __, 2011     By: _____
                            Claudia Center, Counsel for Plaintiffs

STEPTOE & JOHNSON LLP

Dated: May 12, 2011     By: _____
                            Edward Gregory, Jennifer Morrow, Counsel for Defendants CalPERS and Stausboll

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION

Dated: May __, 2011     By: _____
                            Jean Lin, Counsel for Federal Defendants

**ORDER**

1
2  It is so ordered.
3
4  May 12, 2011
   _____          _____
        Dated                          UNITED STATES DISTRICT JUDGE