UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DRAGOVICH, *et al.*, | ) ) | No. CV 4:10-01564-CW |
| Plaintiff, | ) ) ) | **ORDER GRANTING MOTION OF THE** |
| vs. | ) ) | **BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S.** |
| U.S. DEPARTMENT OF THE TREASURY, *et al.*, | ) ) | **HOUSE OF REPRESENTATIVES TO INTERVENE FOR A** |
| Defendants. | ) ) | **LIMITED PURPOSE** |

**ORDER**

UPON CONSIDERATION OF the Motion of the Bipartisan Legal Advisory Group of the U.S. House of Representatives to Intervene for a Limited Purpose ("Motion"), the Opposition, and the entire record herein, it is by the Court this 10th day of June, 2011, ORDERED THAT the Motion is GRANTED. The group may intervene for the limited purpose of litigating--in the context of a motion or cross-motions for summary judgment--the constitutionality of Section III of DOMA under the equal protection component of the Fifth Amendment's Due Process Clause, and/or noticing an appeal from any final judgment of this Court holding that DOMA is not constitutional under the equal protection component of the Fifth Amendment's Due Process Clause.

*[signature: Claudia Wilken]*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

1