William C. McNeill III, State Bar No. 64392
Claudia Center, State Bar No. 158255
Elizabeth Kirsten, State Bar No. 218227
LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone: (415) 864-8848
Facsimile:  (415) 864-8199
Email:      wmcneill@las-elc.org; ccenter@las-elc.org;
ekristen@las-elc.org

Daniel S. Mason, State Bar No. 54065
Patrick Clayton, State Bar No. 240191
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery St Ste 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email:      pclayton@zelle.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, CHERYL LIGHT, JOANNE SCHMIDT, REIDE GARNETT, DAVID BEERS, and CHARLES COLE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>Defendants. | Case No. CV 4:10-01564-CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO POSTPONE HEARING ON THE FEDERAL DEFENDANTS' MOTION TO DISMISS AND THE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Local Rule 7-4(b)<br><br>Date:  June 23, 2011<br>Time:  2:00 p.m.<br>Place:  Courtroom of the Honorable Claudia Wilkin, U.S. District Court, Northern District of California, 1301 Clay Street, Courtroom 2 |

1    WHEREAS, on May 2, 2011, counsel for the Federal Defendants (United States

2   Department of the Treasury, Timothy Geithner, the Internal Revenue Service, and Douglas

3   Shulman) filed a motion to dismiss Plaintiffs' First Amended Complaint with respect to its

4   claims on behalf of registered domestic partners under California law, with a hearing on the

5   motion set for June 23, 2011 (Docket No. 71);

6    WHEREAS, on May 26, 2011, counsel for the Plaintiffs filed an opposition to the

7   Federal Defendants' motion to dismiss (Docket No. 81);

8    WHEREAS, on June 9, 2011, the Federal Defendants filed a reply to Plaintiffs'

9   opposition (Docket No. 84);

10    WHEREAS, the hearing on the motion is scheduled for 2:00 p.m. on June 23, 2011;

11    WHEREAS, on June 20, 2011, counsel for the Federal Defendants obtained information

12   which she shared with counsel for the Plaintiffs which may alter the standing analysis for

13   Plaintiffs Joanne Schmidt and Reide Garnett, whose claims are the basis for the motion to

14   dismiss scheduled for hearing;

15    WHEREAS, counsel for the Plaintiffs are confirming the information and assessing its

16   impact upon the claims of Plaintiffs Schmidt and Garnett, and it is likely that this assessment

17   will not be completed by the time of the hearing on the motion to dismiss;

18    WHEREAS, counsel for the Plaintiffs may seek to further amend the complaint upon

19   completion of this assessment to alter allegations or to add plaintiffs;

20    WHEREAS, if counsel for the Plaintiffs decide to move to amend the complaint, they

21   will do so within seventy-five (75) days;

22    WHEREAS, counsel for the Federal Defendants and counsel for the Plaintiffs are

23   mindful of the Court's resources;

24    WHEREAS, counsel for Federal Defendants would otherwise need to leave Washington

25   D.C. by 3 p.m. EST on Wednesday, June 22, 2011 for the hearing scheduled for 2 p.m. June 23,

26   2011;

27

28

1    WHEREAS, counsel for the Federal Defendants will re-notice the motion as

2    appropriate;

3    WHEREAS, also on the Court's calendar for June 23, 2011 at 2 p.m. is the hearing on

4    the Plaintiff's motion for class certification;

5    WHEREAS, counsel for the Federal Defendants have previously indicated Federal

6    Defendants' non-opposition to the motion, the hearing on the class certification issue scheduled

7    for June 23, 2011 at 2 p.m., should be similarly postponed to coincide with any subsequent

8    hearing on the motion to dismiss.

9    THEREFORE, Plaintiff Michael Dragovich, *et al.*, the Federal Defendants, and the State

10   Defendants Board of Administration of California Public Employees' Retirement System and

11   Anne Stausboll, through their respective counsel, hereby stipulate that, subject to the Court's

12   approval, the hearings on the Federal Defendants' motion to dismiss and on the Plaintiffs'

13   motion for class certification be taken off calendar.

14   So stipulated,

15

16                                          LEGAL AID SOCIETY –
                                            EMPLOYMENT LAW CENTER
17

18   Dated:  June 21, 2011               By: _____

19                                          Claudia Center, Counsel for Plaintiffs

20
                                            STEPTOE & JOHNSON LLP
21

22   Dated:  June 21, 2011               By: _____

23                                          Edward Gregory, Jennifer Morrow, Counsel for
                                            Defendants CalPERS and Stausboll
24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION

Dated: June 2|, 2011          By: _____

Jean Lin, Counsel for Federal Defendants

**ORDER**

It is so ordered.

**6/21/2011**
_____
Dated

UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order to Postpone Hearing
Case No. CV 4:10-01564-CW                                      Page 3