William C. McNeill III, State Bar No. 64392
Claudia Center, State Bar No. 158255
Elizabeth Kirsten, State Bar No. 218227
LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199
Email: wmcneill@las-elc.org; ccenter@las-elc.org;
ekristen@las-elc.org

Daniel S. Mason, State Bar No. 54065
Patrick Clayton, State Bar No. 240191
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery St Ste 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email: pclayton@zelle.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, CHERYL LIGHT, JOANNE SCHMIDT, REIDE GARNETT, DAVID BEERS, and CHARLES COLE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>Defendants. | Case No. CV 4:10-01564-CW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT AND SETTING SCHEDULE ON MOTION TO DISMISS** |

1       WHEREAS, Plaintiffs filed this action as a putative class on April 13, 2010, alleging

2 constitutional claims on behalf of three gay and lesbian couples, all three of whom were married

3 in 2008, and two of whom were registered as domestic partners;

4       WHEREAS, following extensions granted by the Plaintiffs, the defendants Board of

5 Administration of CalPERS and Anne Stausboll ("the state defendants") answered the

6 complaint on July 2, 2010;

7       WHEREAS, following an extension granted by the Plaintiffs, the defendants United

8 States Department of the Treasury, Timothy Geithner, the Internal Revenue Service, and

9 Douglas Shulman ("the federal defendants") filed a motion to dismiss on July 2, 2010;

10       WHEREAS, the Plaintiffs opposed the motion to dismiss on August 12, 2010, and the

11 federal defendants filed their reply on August 26, 2010;

12       WHEREAS, on January 18, 2011, the Court issued an order denying the federal

13 defendants' motion to dismiss;

14       WHEREAS, on March 1, 2011, the Court entered a stipulated order granting Plaintiffs

15 leave to file their First Amended Complaint, adding Plaintiffs Joanne Schmidt, Reide Garnett,

16 Charles Cole, and David Beers;

17       WHEREAS, on May 2, 2011, counsel for the Federal Defendants (United States

18 Department of the Treasury, Timothy Geithner, the Internal Revenue Service, and Douglas

19 Shulman) filed a motion to dismiss Plaintiffs' First Amended Complaint with respect to its

20 claims on behalf of registered domestic partners under California law, with a hearing on the

21 motion set for June 23, 2011 (Docket No. 71);

22       WHEREAS, on May 26, 2011, counsel for the Plaintiffs filed an opposition to the

23 Federal Defendants' motion to dismiss (Docket No. 81);

24       WHEREAS, on June 9, 2011, the Federal Defendants filed a reply to Plaintiffs'

25 opposition (Docket No. 84);

26       WHEREAS, on June 10, 2011, the Court entered an order granting the Bipartisan Legal

27 Advisory Group of the House of Representatives leave to intervene as follows: "The group may

28 Stipulation and [Proposed] Order re Leave to File
Second Amended Complaint and MTD Schedule
Case No. CV 4:10-01564-CW                                                                    Page 1

1 intervene for the limited purpose of litigating--in the context of a motion or cross-motions for summary judgment—the constitutionality of Section III of DOMA under the equal protection component of the Fifth Amendment's Due Process Clause, and/or noticing an appeal from any final judgment of this Court holding that DOMA is not constitutional under the equal protection component of the Fifth Amendment's Due Process Clause." (Docket No. 88);

WHEREAS, on June 20, 2011, counsel for the Federal Defendants obtained information which she shared with counsel for the Plaintiffs which might have altered the standing analysis for Plaintiffs Joanne Schmidt and Reide Garnett, whose claims were the basis for the motion to dismiss scheduled for hearing;

WHEREAS, the parties then stipulated to postpone the hearing on the motion to dismiss;

WHEREAS, the stipulation to postpone the hearing on the motion to dismiss indicated that "counsel for the Plaintiffs are confirming the information and assessing its impact upon the claims of Plaintiffs Schmidt and Garnett," that "counsel for the Plaintiffs may seek to further amend the complaint upon completion of this assessment to alter allegations or to add plaintiffs," that "if counsel for the Plaintiffs decide to move to amend the complaint, they will do so within seventy-five (75) days," and that "counsel for the Federal Defendants will re-notice the motion as appropriate";

WHEREAS, on June 21, 2011, the Court entered the stipulated order postponing the hearing on the motion to dismiss;

WHEREAS, counsel for Plaintiffs seek to file a Second Amended Complaint, replacing Plaintiffs Schmidt and Garnett with Plaintiffs Rafael V. Dominguez and Jose G. Hermosillo;

WHEREAS, counsel for Plaintiffs have circulated copies of this Second Amended Complaint to counsel for the federal defendants and to counsel for the state defendants;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

Plaintiffs shall be granted leave to file their Second Amended Complaint, replacing Plaintiffs Schmidt and Garnett with Plaintiffs Dominguez and Hermosillo;

|   |   |   |
|---|---|---|
| 1 | The state defendants' answer to the original complaint shall be deemed their answer to | |
| 2 | the Second Amended Complaint; | |
| 3 | The federal defendants shall file any motion to dismiss by September 15, 2011; | |
| 4 | The plaintiffs shall file any opposition by September 29, 2011; | |
| 5 | The federal defendants shall file any reply by October 13, 2011; | |
| 6 | The Court shall hear such motion on October 20, 2011. | |

So stipulated,

LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER

Dated: August 15, 2011     By: _____/s/_____
                          Claudia Center, Counsel for Plaintiffs

STEPTOE & JOHNSON LLP

Dated: August 15, 2011     By: _Edward Gregory_ (CBC)
                          Edward Gregory, Jennifer Morrow, Counsel for
                          Defendants CalPERS and Stausboll

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION

Dated: August 15, 2011     By: _Jean Lin_ (CBC)
                          Jean Lin, Counsel for Federal Defendants

**ORDER**

It is so ordered.  Except that the matter will be heard on Oct. 27, 2011 at 2 pm or on such later **Thursday on which the parties can agree and the Court is available.**

8/19/2011                   _Claudia Wilken_
Dated                       UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order re Leave to File
Second Amended Complaint and MTD Schedule
Case No. CV 4:10-01564-CW

Page 3