William C. McNeill, III, State Bar No. 64392
Claudia Center, State Bar No. 158255
Elizabeth Kristen, State Bar No. 218227
LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199
Email:   wmcneill@las-elc.org
         ccenter@las-elc.org
         ekristen@las-elc.org

Daniel S. Mason, State Bar No. 54065
Patrick Clayton, State Bar No. 240191
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery St Ste 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email:   pclayton@zelle.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, CHERYL LIGHT, DAVID BEERS, CHARLES COLE, RAFAEL V. DOMINGUEZ, and JOSE G. HERMOSILLO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>Defendants. | Case No. CV 4:10-01564-CW<br><br>**PARTIES' STIPULATION AND** ~~PROPOSED~~ **ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT** |

WHEREAS, plaintiffs filed this action as a putative class on April 13, 2010, alleging constitutional claims on behalf of three gay and lesbian couples, all three of whom were married in 2008, and two of whom were registered as domestic partners;

WHEREAS, following extensions granted by the plaintiffs, the defendants Board of Administration of CalPERS and Anne Stausboll ("the state defendants") answered the complaint on July 2, 2010;

WHEREAS, following an extension granted by the plaintiffs, the defendants United States Department of the Treasury, Timothy Geithner, the Internal Revenue Service, and Douglas Shulman ("the federal defendants") filed a motion to dismiss on July 2, 2010;

WHEREAS, on January 18, 2011, the Court issued an order denying the federal defendants' motion to dismiss;

WHEREAS, on March 1, 2011, the Court entered a stipulated order granting plaintiffs leave to file their First Amended Complaint, adding plaintiffs Joanne Schmidt, Reide Garnett, Charles Cole, and David Beers and plaintiffs filed their First Amended Complaint on March 1, 2011;

WHEREAS, on May 2, 2011, counsel for the federal defendants filed a motion to dismiss Plaintiffs' First Amended Complaint with respect to its claims on behalf of registered domestic partners under California law;

WHEREAS, on July 15, 2011, this Court denied defendants' motion to dismiss Plaintiffs' First Amended Complaint without prejudice.

WHEREAS, on June 10, 2011, the Court entered an order granting the Bipartisan Legal Advisory Group of the House of Representatives (BLAG) leave to intervene as follows: "The group may intervene for the limited purpose of litigating--in the context of a motion or cross-motions for summary judgment—the constitutionality of Section III of DOMA under the equal protection component of the Fifth Amendment's Due Process Clause, and/or noticing an appeal from any final judgment of this Court holding that DOMA is not constitutional under the equal protection component of the Fifth Amendment's Due Process Clause.";

1     WHEREAS, on July 15, 2011, this Court granted Plaintiff's Motion for Class
2 Certification, certifying the class as follows: Present and future CalPERS members who are in
3 legally recognized same-sex marriages and registered domestic partnerships together with their
4 spouses and partners, who as couples and families are denied access to the CalPERS Long-
5 Term Care Program on the same basis as similarly situated present and future CalPERS
6 members who are in opposite-sex marriages, and their spouses.
7     WHEREAS, on August 19, 2011, this Court entered a stipulated order granting plaintiffs
8 leave to file their Second Amended Complaint, replacing Plaintiffs Schmidt and Garnett with
9 Plaintiffs Rafael V. Dominguez and Jose G. Hermosillo;
10     WHEREAS, plaintiffs filed their Second Amended Complaint on September 7, 2011;
11     WHEREAS, on September 16, 2011, counsel for the federal defendants filed a motion
12 to dismiss Plaintiffs' Second Amended Complaint with respect to its claims on behalf of
13 registered domestic partners under California law;
14     WHEREAS, on October 27, 2011, this Court held a hearing regarding Defendants'
15 Motion to Dismiss Plaintiff's Second Amended Complaint with respect to the domestic partner
16 claim;
17     WHEREAS, during the hearing the parties discussed the briefing schedule for Plaintiffs'
18 Motion for Summary Judgment;
19     WHEREAS, this Court's Order of October 27, 2011, directed the parties to meet and
20 confer regarding a briefing schedule and hearing date for the Plaintiffs' Motion for Summary
21 Judgment and file a stipulation;
22     WHEREAS, the parties have met and conferred
23     THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:
24     January 19, 2012: Plaintiffs file Motion for Summary Judgment and the federal
25 defendants file any supporting brief
26     February 21, 2012: Federal defendants and BLAG file any opposition and cross motion;
27
28

March 22, 2012: Plaintiffs file reply and opposition to cross motion and federal defendants file any supporting brief;

April 12, 2012: Federal defendants and BLAG file any reply to opposition to cross motion;

April 26, 2012: hearing on Motions for Summary Judgment

So stipulated,

LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER

Dated: November ___, 2011        By: _____/s/_____
                                     Claudia Center, Counsel for Plaintiffs


STEPTOE & JOHNSON LLP

Dated: November ___, 2011        By: _____
                                     Edward Gregory, Counsel for Defendants CalPERS and Stausboll


U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION

Dated: November 21, 2011         By: _____
                                     Jean Lin, Counsel for Federal Defendants


BIPARTISAN LEGAL ADVISORY GROUP
OF THE HOUSE OF REPRESENTATIVES

Dated: November ___, 2011        By: _____
                                     H. Christopher Bartolomucci, Counsel for BLAG

March 22, 2012: Plaintiffs file reply and opposition to cross motion and federal defendants file any supporting brief;

April 12, 2012: Federal defendants and BLAG file any reply to opposition to cross motion;

April 26, 2012: hearing on Motions for Summary Judgment

So stipulated,

                                              LEGAL AID SOCIETY –
                                              EMPLOYMENT LAW CENTER

Dated: November ___, 2011      By: _____/s/_____
                                                Claudia Center, Counsel for Plaintiffs


                                              STEPTOE & JOHNSON LLP

Dated: November 21, 2011      By: _____/s/ Ed Gregory_____
                                                Edward Gregory, Counsel for Defendants CalPERS
                                                and Stausboll


                                              U.S. DEPARTMENT OF JUSTICE
                                              CIVIL DIVISION

Dated: November ___, 2011      By: _____
                                                Jean Lin, Counsel for Federal Defendants


                                              BIPARTISAN LEGAL ADVISORY GROUP
                                              OF THE HOUSE OF REPRESENTATIVES

Dated: November ___, 2011      By: _____
                                                H. Christopher Bartolomucci, Counsel for BLAG

March 22, 2012: Plaintiffs file reply and opposition to cross motion and federal defendants file any supporting brief;

April 12, 2012: Federal defendants and BLAG file any reply to opposition to cross motion;

April 26, 2012: hearing on Motions for Summary Judgment

So stipulated,

                              LEGAL AID SOCIETY –
                              EMPLOYMENT LAW CENTER

Dated: November ___, 2011    By:          /s/
                              Claudia Center, Counsel for Plaintiffs

                              STEPTOE & JOHNSON LLP

Dated: November ___, 2011    By:
                              Edward Gregory, Counsel for Defendants CalPERS and Stausboll

                              U.S. DEPARTMENT OF JUSTICE
                              CIVIL DIVISION

Dated: November ___, 2011    By:
                              Jean Lin, Counsel for Federal Defendants

                              BIPARTISAN LEGAL ADVISORY GROUP
                              OF THE HOUSE OF REPRESENTATIVES

Dated: November ___, 2011    By: *[signature: Ch. Bartolo]*
                              H. Christopher Bartolomucci, Counsel for BLAG

March 22, 2012:  Plaintiffs file reply and opposition to cross motion and federal defendants file any supporting brief;

April 12, 2012:  Federal defendants and BLAG file any reply to opposition to cross motion;

April 26, 2012:  hearing on Motions for Summary Judgment

So stipulated,

LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER

Dated:  November 22, 2011          By:      /s/
                                    Claudia Center, Counsel for Plaintiffs


STEPTOE & JOHNSON LLP

Dated:  November ___, 2011         By: _____
                                    Edward Gregory, Counsel for Defendants CalPERS and Stausboll


U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION

Dated:  November ___, 2011         By: _____
                                    Jean Lin, Counsel for Federal Defendants


BIPARTISAN LEGAL ADVISORY GROUP
OF THE HOUSE OF REPRESENTATIVES

Dated:  November ___, 2011         By: _____
                                    H. Christopher Bartolomucci, Counsel for BLAG

**ORDER**

It is so ordered.

11/23/2011
Dated

_____
UNITED STATES DISTRICT JUDGE