William C. McNeill, III, State Bar No. 64392
Claudia Center, State Bar No. 158255
Elizabeth Kristen, State Bar No. 218227
LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199
Email: wmcneill@las-elc.org
ccenter@las-elc.org
ekristen@las-elc.org

Daniel S. Mason, State Bar No. 54065
Patrick Clayton, State Bar No. 240191
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery St Ste 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email: pclayton@zelle.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, CHERYL LIGHT, DAVID BEERS, CHARLES COLE, RAFAEL V. DOMINGUEZ, and JOSE G. HERMOSILLO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS, <br><br> Defendants. | Case No. CV 4:10-01564-CW <br><br> **STIPULATION AND P̶R̶O̶P̶O̶S̶E̶D̶ ORDER REGARDING PLAINTIFFS' EXPERT WITNESSES** |

WHEREAS, plaintiffs will be filing a Motion for Summary Judgment and/or Summary Adjudication on January 19, 2012;

WHEREAS, plaintiffs intend to use expert declarations from the following experts: George Chauncey, Nancy F. Cott, Michael Lamb, Letitia Anne Peplau, and Gary Segura;

WHERAS, these same experts submitted declarations and were deposed in connection with a similar pending case, *Windsor v. United States*, No. 10cv 08435 BSJ JCF (S.D.N.Y.);

WHEREAS, these depositions were jointly captioned with another similar pending case, *Pedersen v. OPM*, 310 CV 1750 (VLB) (D. Conn.);

WHEREAS, a May 27, 2011 scheduling order in *Pedersen*, attached as Exhibit A, coordinated the expert discovery in *Pedersen* and *Windsor* such that the same expert depositions could be used in both cases;

WHEREAS, the expert declarations plaintiffs intend to submit in this case will be substantively identical to the declarations submitted in the *Windsor* and *Pedersen* cases;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

When plaintiffs' experts George Chauncey, Nancy F. Cott, Michael Lamb, Letitia Anne Peplau, and Gary Segura submit declarations in connection with the above-captioned action that are substantively identical to those submitted in *Windsor* and *Pedersen*, the experts will not be subject to deposition.  The deposition transcripts of these experts taken in connection with *Windsor* may be used for all purposes in the above-captioned action.

So stipulated,

                                        LEGAL AID SOCIETY –
                                        EMPLOYMENT LAW CENTER

Dated:  December 21, 2011       By:   /s/ Claudia Center
                                                      Claudia Center, Counsel for Plaintiffs

BIPARTISAN LEGAL ADVISORY GROUP
OF THE HOUSE OF REPRESENTATIVES

Dated:  December 21, 2011          By:    /s/  H. Christopher Bartolomucci
                                                      H. Christopher Bartolomucci, Counsel for BLAG

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

                                            /s/   Claudia Center
                                                  Claudia Center

**ORDER**

It is so ordered.

12/22/2011
Dated

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and ~~Proposed~~ Order
Case No. CV 4:10-01564-CW                                      Page 4