William C. McNeill, III, State Bar No. 64392
Claudia Center, State Bar No. 158255
Elizabeth Kristen, State Bar No. 218227
LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848
Facsimile:   (415) 864-8199
Email:        wmcneill@las-elc.org
                   ccenter@las-elc.org
                   ekristen@las-elc.org

Daniel S. Mason, State Bar No. 54065
Patrick Clayton, State Bar No. 240191
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery St Ste 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:   (415) 693-0770
Email:        pclayton@zelle.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)**

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, CHERYL LIGHT, DAVID BEERS, CHARLES COLE, RAFAEL V. DOMINGUEZ, and JOSE G. HERMOSILLO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>    Defendants. | Case No. CV 4:10-01564-CW<br><br>JOINT ADMINISTRATIVE MOTION OF THE PLAINTIFFS, THE FEDERAL DEFENDANTS, AND INTERVENOR THE BILATERAL LEGAL ADVISORY GROUP OF THE UNITED STATES HOUSE OF REPRESENTATIVES FOR LEAVE TO FILE OVERLENGTH BRIEFS RE: MOTION(S) FOR SUMMARY JUDGMENT AND ORDER<br><br>[Local Rules 7-2(b), 7-3(a), 7-3(c), 7-4(b) and 7-11]<br><br>[Hon. Claudia Wilken] |

Pursuant to Civil Local Rules 7-2(b), 7-3(a), 7-3(c), 7-4(b) and 7-11, the Plaintiffs, the Federal Defendants, and Intervenor Bilateral Legal Advisory Group jointly request leave to file overlength briefs with respect to the Motion(s) for Summary Judgment, as described herein.

This joint request is warranted based upon the complexity and number of issues which must be reviewed.  See *Bloom v. Calderon*, 72 F.3d 109 (9th Cir. 1995) (complexity of death penalty case warranted increased pages); *Stutz Motor Car v. Reebok Intern.*, 909 F. Supp. 1353, 1359 (C.D. Cal. 1995) ("relatively complex" patent dispute justified increased pages).

The undersigned parties will set forth their arguments succinctly and concisely, and will not submit papers that are "cumulative or prolix."  See *Stutz*, 909 F. Supp. at 1359 (permitting longer briefs may be proper where the requesting party's papers are not "cumulative or prolix.").

No party opposes this administrative motion.

**Plaintiffs' Request.**

The Plaintiffs respectfully request leave of the Court to file a motion for summary judgment on January 19, 2012 of up to 35 pages (ten pages more than are provided under the rules).  The Plaintiffs also seek leave to file a combined opposition and reply brief on March 22, 2012 of up to 35 pages (ten pages more than are provided under the rules).

The Plaintiffs' request is warranted given the myriad issues to be considered in their motion for summary judgment, which encompass:  (1) the procedural and legal history of this matter, including the several state and federal laws implicated; (2) the undisputed facts relating to the plaintiffs and class members and relating to the CalPERS Long-Term Care Program; (3) the appropriate level of scrutiny to be applied to the Plaintiffs' constitutional claims for violations of equal protection and due process, pursuant to the factors set forth in *Carolene Products* and in other Supreme Court and Ninth Circuit cases; and (4) an articulation of the equal protection and due process claims of the plaintiff couples who were married in California during the marriage equality window in 2008, and of the plaintiff couples who are registered domestic partners but who were not married in 2008, which will include, *inter alia*:  (a) a review of the legislative history, meaning, and intent of the Defense of Marriage Act (DOMA), including its expression of animus towards gays and lesbians and their relationships, and its prohibition of any

recognition under federal law of the relationships of gay and lesbian couples, regardless of state law; (b) the disparate impact of the federal tax code as amended by the DOMA upon the lives of the gay and lesbian couples who are plaintiffs and class members in this matter, and the relevance of such impact under *Arlington Heights* and other federal precedents; and (c) the continued disparate treatment by the federal government, enforcing the federal tax code as amended by the DOMA, with respect to straight couples who are in state-recognized relationships as compared to gay and lesbian couples who are in state-recognized relationships.

**Federal Defendants' Request.**

The Federal Defendants respectfully request leave of the Court to file a brief on January 19, 2012 in support of Plaintiffs' motion for summary judgment of up to 30 pages (five pages more than are provided under the rules). The brief will set forth the position of the Department of Justice regarding the appropriate level of scrutiny to be applied to review DOMA. The Department will require up to 30 pages because examination of the factors traditionally applied by the Supreme Court to make this determination is necessarily complex. The brief will also discuss the role the federal government has played in the history of discrimination against gay and lesbian individuals. The Federal Defendants further respectfully request leave of the Court to file a combined brief of up to 30 pages (five pages more than as provided under the rule) on February 21, 2012 in opposition to Plaintiffs' motion for summary judgment and in cross moving for partial summary judgment. Federal Defendants require the page extension for many of the same reasons explained above by Plaintiffs. The combined brief will need to address Plaintiffs' substantive due process arguments, among other things, and move for judgment regarding Plaintiffs' domestic partner claims.

**Request of the Intervenor Bilateral Legal Advisory Group of the United States House of Representatives.**

Intervenor the Bipartisan Legal Advisory Group of the United States House of Representatives ("the House") respectfully requests leave of the Court to file a combined brief of up to 30 pages (five pages more than as provided under the rule) on February 21, 2012, in opposition to Plaintiffs' motion for summary judgment and in cross moving for summary judgment. The House will require that number of pages both to respond to plaintiffs' overlength

1  brief in support of their summary judgment motion, and to identify and explain the many
2  government interests advanced by DOMA.

3
4          Respectfully submitted,
                                        LEGAL AID SOCIETY –
5                                       EMPLOYMENT LAW CENTER
6
7          January 5, 2012              By:     s/Claudia Center
                                        Claudia Center, Counsel for Plaintiffs
8
9                                       U.S. DEPARTMENT OF JUSTICE
                                        CIVIL DIVISION
10
11         January 5, 2012              By:
                                        Jean Lin, Counsel for the Federal Defendants
12
13
14                                      PAUL D. CLEMENT
                                        H. CHRISTOPHER BARTOLOMUCCI
15                                      CONOR B. DUGAN
                                        NICHOLAS J. NELSON
16                                      BANCROFT PLLC
17
18         January 5, 2012              By:
                                        H. Christopher Bartolomucci, Counsel for
19                                      Intervenor the Bipartisan Legal Advisory Group of
                                        the United States House of Representatives
20
21
22
23
24
25
26
27
28  ADMINISTRATIVE MOTION FOR OVERLENGTH BRIEFS
    AND [PROPOSED] ORDER
    Case No. CV 4:10-01564-CW                                                          Page 3

**ORDER**

The Plaintiffs are granted leave to file to file a motion for summary judgment on January 19, 2012 of up to 35 pages. The Plaintiffs are further granted leave to file a combined opposition and reply brief on March 22, 2012 of up to 35 pages.

The Federal Defendants are granted leave to file a brief on January 19, 2012 in support of Plaintiffs' motion for summary judgment of up to 30 pages. The Federal Defendants are further granted leave to file a brief on February 21, 2012 of up to 30 pages in opposition to Plaintiffs' motion for summary judgment and in cross moving for partial summary judgment.

Intervenor the Bilateral Legal Advisory Group of the U.S. House of Representatives is granted leave to file a brief on February 21, 2012 of up to 30 pages in opposition to Plaintiffs' motion for summary judgment and in cross moving for summary judgment.

It is so ordered.

1/6/2012

Dated                                          UNITED STATES DISTRICT JUDGE