IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DRAGOVICH; MICHAEL GAITLEY; ELIZABETH LITTERAL; PATRICIA FITZSIMMONS; CAROLYN LIGHT; CHERYL LIGHT; DAVID BEERS; CHARLES COLE; RAFAEL V. DOMINGUEZ; and JOSE G. HERMOSILLO, on behalf of themselves and all others similarly situated, | No. C 10-1564 CW<br><br>JUDGMENT |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE TREASURY; TIMOTHY GEITHNER, in his official capacity as Secretary of Treasury, United States Department of the Treasury; INTERNAL REVENUE SERVICE; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS, | |
| Defendants. | |

For the reasons set forth in this Court's Order Granting Plaintiffs' Motion for Summary Judgment and Denying the BLAG's and Federal Defendants' Cross-Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of the Plaintiff class and against Defendants and Intervenors.

Dated at Oakland, California, this 24th day of May, 2012.
RICHARD W. WIEKING
Clerk of Court

By: _____ 
Deputy Clerk