Paul D. Clement (DC Bar 433215), pclement@bancroftpllc.com
H. Christopher Bartolomucci (DC Bar 453423), cbartolomucci@bancroftpllc.com
Conor B. Dugan (DC Bar 1006458), cdugan@bancroftpllc.com
Nicholas J. Nelson (DC Bar 1001696), nnelson@bancroftpllc.com

BANCROFT PLLC
1919 M Street, Northwest, Suite 470
Washington, District of Columbia 20036
202-234-0090 (phone); 202-234-2806 (fax)

*Of Counsel:*
Kerry W. Kircher, General Counsel (DC Bar 386816), Kerry.Kircher@mail.house.gov
William Pittard, Deputy General Counsel (DC Bar 482949), William.Pittard@mail.house.gov
Christine Davenport, Senior Assistant Counsel (NJ Bar), Christine.Davenport@mail.house.gov
Kirsten W. Konar, Assistant Counsel (DC Bar 979176), Kirsten.Konar@mail.house.gov
Todd B. Tatelman, Assistant Counsel (VA Bar 66008), Todd.Tatelman@mail.house.gov
Mary Beth Walker, Assistant Counsel (DC Bar 501033), MaryBeth.Walker@mail.house.gov

OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, District of Columbia 20515
202-225-9700 (phone); 202-226-1360 (fax)

*Counsel for Intervenor-Defendant the Bipartisan Legal
Advisory Group of the U.S. House of Representatives*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL DRAGOVICH, et al., | No. CV 4:10-01564-CW |
| Plaintiffs, | **OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME BY THE BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES** |
| v. | |
| U.S. DEPARTMENT OF THE TREASURY, et al., | |
| Defendants. | |

Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("House") respectfully opposes Plaintiffs' "Administrative Motion . . . to Extend Time to File Motion for . . . Attorney's Fees . . . as to Intervener" (ECF No. 128) (June 7, 2012). Plaintiffs' motion should be denied because there is no colorable basis for awarding attorney's fees or costs payable by the House. The House takes no position regarding when Plaintiffs should file any fee motion as to the other defendants in this case.

The only attorney fee statutes cited by Plaintiffs are the Equal Access to Justice Act ("EAJA") and 42 U.S.C § 1988. Neither statute provides even an arguable basis on which this Court could lawfully impose fee liability on the House.

EAJA expressly provides that "[t]he *United States* shall be liable" for any attorney's fees awarded under subsection (b) of that statute. 28 U.S.C. § 2412(b) (emphasis added). *See also id*. § 2412(a) (referring to a "judgment for costs … against the United States"). EAJA defines "United States" as "any agency and any official of the United States acting in his or her official capacity." *Id*. § 2412(d)(2)(C). The House (and particularly the Bipartisan Legal Advisory Group, which speaks for the House in litigation matters) clearly is not an "agency" of the United States for purposes of this statute. *See*, *e.g*., 5 U.S.C. §§ 551(1)(A), 701(b)(1)(A); *Franklin v. Massachusetts*, 505 U.S. 788, 800 (1992); *FCC v. Fox Television Stations, Inc.,* 556 U.S. 502, 525 n.6 (2009). And, just as clearly, the House as an institution is not an "official" of the United States. Accordingly, the House cannot be held liable for attorney's fees or costs under EAJA.

Section 1988 permits an award of attorney's fees to a party that prevails on a claim brought pursuant to, *inter alia*, 42 U.S.C. § 1983. But § 1983 imposes liability on State defendants only. Plaintiffs asserted two § 1983 claims in this case; both were asserted against State defendants, not the federal defendants. *See* First Amended Complaint, Third and Fourth

Claims for Relief (Mar. 1, 2011) (ECF No. 66). Indeed, *no* claims were asserted against the House because the House intervened after the filing of the First Amended Complaint, and that complaint was not further amended.

Finally, the House is not aware of any precedent for holding Congress, a House of Congress, a Member of Congress, the Bipartisan Legal Advisory Group or any group of Members liable for attorney's fees under either EAJA or § 1988, and Plaintiffs have pointed to no such authority.

In sum, because there is not even a colorable basis for asserting a claim for attorney's fees or costs against the House in this case under EAJA or § 1988, the Court should not permit Plaintiffs to file a frivolous fee motion against the House — and it should not extend the time to file such a motion.

Respectfully submitted,

Paul D. Clement
*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
Conor B. Dugan
Nicholas J. Nelson

BANCROFT PLLC[1]
*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*[2]

June 11, 2012

---

[1] Kerry W. Kircher, as ECF filer of this document, attests that concurrence in the filing of the document has been obtained from signatories Paul D. Clement, H. Christopher Bartolomucci, Conor B. Dugan, and Nicholas J. Nelson.

[2] The Bipartisan Legal Advisory Group, which speaks for the House in litigation matters, is currently comprised of the Honorable John A. Boehner, Speaker of the House, the Honorable Eric Cantor, Majority Leader, the Honorable Kevin McCarthy, Majority Whip, the Honorable Nancy Pelosi, Democratic Leader, and the Honorable Steny H. Hoyer, Democratic Whip. The Democratic Leader and the Democratic Whip decline to support the filing of this reply.

REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT OF THE BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, No. CV4:10-01564-CW

**CERTIFICATE OF SERVICE**

I certify that on June 11, 2012, I served one copy of the foregoing Reply in Support of Cross-Motion for Summary Judgment of the Bipartisan Legal Advisory Group of the U.S. House of Representatives by CM/ECF on the following:

Claudia Center, Esquire
Elizabeth Kristen, Esquire
Shelley Ann Gregory, Esquire
The Legal Aid Society - Employment Law Center
180 Montgomery Street, Suite 600
San Francisco, California  94104

Daniel Simon Mason, Esquire
Patrick Bradford Clayton, Esquire
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street, Suite 3400
San Francisco, California  94104

Lori Rifkin, Esquire
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104

Jean Lin, Trial Attorney
US Department of Justice,
Civil Division,
Federal Programs Branch
20 Massachusetts Avenue, Northwest
Washington, District of Columbia  20530

Edward George Gregory, Esquire
Jennifer Lynn Morrow, Esquire
Steptoe & Johnson LLP
633 West Fifth Street, Suite 700
Los Angeles, California  90071

*/s/ Kerry W. Kircher*
Kerry W. Kircher