Paul D. Clement (DC Bar 433215)
pclement@bancroftpllc.com
H. Christopher Bartolomucci (DC Bar 453423)
cbartolomucci@bancroftpllc.com
Conor B. Dugan (DC Bar 1006458)
cdugan@bancroftpllc.com
Nicholas J. Nelson (DC Bar 1001696)
nnelson@bancroftpllc.com

BANCROFT PLLC
1919 M Street, N.W.
Suite 470
Washington, D.C. 20036
202-234-0090 (phone)
202-234-2806 (fax)

*Of Counsel:*
Kerry W. Kircher, General Counsel (DC Bar 386816)
Kerry.Kircher@mail.house.gov
William Pittard, Deputy General Counsel (DC Bar 482949)
William.Pittard@mail.house.gov
Christine Davenport, Senior Assistant Counsel (NJ Bar 043682000)
Christine.Davenport@mail.house.gov
Todd B. Tatelman, Assistant Counsel (VA Bar 66008)
Todd.Tatelman@mail.house.gov
Mary Beth Walker, Assistant Counsel (DC Bar 501033)
MaryBeth.Walker@mail.house.gov

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
202-225-9700 (phone)
202-226-1360 (fax)

*Counsel for Intervenor-Defendant the Bipartisan Legal
Advisory Group of the U.S. House of Representatives*

1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

2

3 ————————————————————————

4   MICHAEL DRAGOVICH, et al.,                  )   No. 4:10-cv-01564-CW
                                                )
5                     Plaintiffs,               )
                                                )   **INTERVENOR-DEFENDANT'S**
6            v.                                 )   **NOTICE OF APPEAL**
                                                )
7   U.S. DEPARTMENT OF THE TREASURY,            )
    et al.,                                     )
8                                               )
9                     Defendants,               )
                                                )
10  BIPARTISAN LEGAL ADVISORY GROUP             )
    OF THE UNITED STATES HOUSE                  )
11  OF REPRESENTATIVES,                         )
                                                )
12                    Intervenor-Defendant.     )
13 ————————————————————————)

14          Intervenor-Defendant the Bipartisan Legal Advisory Group of the United States House of

15  Representatives ("House") respectfully gives notice that it appeals to the United States Court of

16  Appeals for the Ninth Circuit the District Court's May 24, 2012 Order (ECF No. 124) and final

17  Judgment (ECF No. 125), both insofar as they grant Plaintiffs' motion for summary judgment

18  (ECF No. 111) and deny the House's cross-motion for summary judgment (ECF No. 117).

19

20  Copies of the Order and Judgment appealed from are attached as Exhibits A and B, respectively.

21          The statutory basis for this appeal is 28 U.S.C. § 1291.  The House hereby notifies the

22  Clerk of the Court, pursuant to Ninth Circuit Rule 3-1, that it is exempt from submitting the

23  filing fee for this appeal.

24

25

26

27

28

INTERVENOR-DEFENDANT'S NOTICE OF APPEAL, No. 4:10-cv-01564-CW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

BANCROFT PLLC

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci[1]

*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*[2]

June 26, 2012

---

[1] Kerry W. Kircher, as the ECF filer of this document, attests that concurrence in the filing of the document has been obtained from signatory H. Christopher Bartolomucci.

[2] The Bipartisan Legal Advisory Group, which speaks for the House in litigation matters, is currently comprised of the Honorable John A. Boehner, Speaker of the House, the Honorable Eric Cantor, Majority Leader, the Honorable Kevin McCarthy, Majority Whip, the Honorable Nancy Pelosi, Democratic Leader, and the Honorable Steny H. Hoyer, Democratic Whip. The Democratic Leader and the Democratic Whip decline to support the filing of this Notice of Appeal.

INTERVENOR-DEFENDANT'S NOTICE OF APPEAL, No. 4:10-cv-01564-CW

**CERTIFICATE OF SERVICE**

I certify that on June 26, 2012, I served one copy of the foregoing Intervenor-Defendant's

Notice of Appeal by CM/ECF on the following:

Claudia Center, Esquire
Elizabeth Kristen, Esquire
Shelley Ann Gregory, Esquire
The Legal Aid Society - Employment Law Center
180 Montgomery Street, Suite 600
San Francisco, California 94104

Daniel Simon Mason, Esquire
Patrick Bradford Clayton, Esquire
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street, Suite 3400
San Francisco, California 94104

Lori Rifkin, Esquire
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104

Jean Lin, Trial Attorney
US Department of Justice,
Civil Division,
Federal Programs Branch
20 Massachusetts Avenue, Northwest
Washington, District of Columbia 20530

Edward George Gregory, Esquire
Jennifer Lynn Morrow, Esquire
Steptoe & Johnson LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071

*/s/ Kerry W. Kircher*
Kerry W. Kircher