AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| MICHAEL DRAGOVICH, et al. | ) |
| | ) |
| v. | ) Case No.: CV 4:10-01564-CW |
| UNITED STATES DEPARTMENT OF THE TREASURY, et al. | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __05/24/2012__ against __All Defendants__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ 350.00 |
| Fees for service of summons and subpoena ........................................... | 98.20 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 194.00 |
| Fees and disbursements for printing .................................................. | 0.00 |
| Fees for witnesses *(itemize on page two)* ............................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case............................................. | 51.79 |
| Docket fees under 28 U.S.C. 1923 .................................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ..................................... | 0.00 |
| Compensation of court-appointed experts ............................................. | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ........................................................ | |
| **TOTAL** | **$ 693.99** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service       [ ] First class mail, postage prepaid
[ ] Other: _____

s/ Attorney: _____
Name of Attorney: Elizabeth Kristen

For: Plaintiffs                                             Date: June 7, 2012
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of   $693.99                         and included in the judgment.

__RICHARD W. WIEKING__         By: _____         06/26/2012
*Clerk of Court*                    *Deputy Clerk*                  *Date*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DRAGOVICH et al,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE TREASURY et al,

        Defendant.
_____/

Case Number: CV10-01564 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrick Bradford Clayton
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104

Dated: June 26, 2012

                                    Richard W. Wieking, Clerk
                                    By: Odile M. Hansen, Deputy Clerk