**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 28 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL DRAGOVICH; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; et al.,<br><br>        Defendants - Appellants,<br><br> and<br><br>BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM and ANNE STAUSBOLL, Chief Executive Officer, CalPERS,<br><br>        Defendants,<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>        Intervenor-Defendant. | No. 12-16628<br><br>D.C. No. 4:10-cv-01564-CW<br>Northern District of California, Oakland<br><br>ORDER |

Before: THOMAS, McKEOWN, and RAWLINSON, Circuit Judges.

SL/MOATT

Appellants' unopposed "motion to vacate in part and remand" is granted. We vacate the portion of the district court's judgment concerning the domestic partner plaintiffs, and remand the case for further proceedings in light of subsequent legal developments, including the Supreme Court's subsequent decisions in *United States v. Windsor*, 133 S. Ct. 2675 (2013), and *Hollingsworth v. Perry*, 133 S. Ct. 2652 (2013), as well as the resumption of marriage licenses for same-sex couples in California.

**VACATED in part; and REMANDED.**