IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DRAGOVICH; MICHAEL GAITLEY; ELIZABETH LITTERAL; PATRICIA FITZSIMMONS; CAROLYN LIGHT; CHERYL LIGHT; DAVID BEERS; CHARLES COLE; RAFAEL V. DOMINGUEZ; and JOSE G. HERMOSILLO, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE TREASURY, et al.,

Defendants.

No. C 10-1564 CW

ORDER SETTING BRIEFING SCHEDULE

Federal Defendants and the Bipartisan Legal Advisory Group (BLAG) timely appealed this Court's May 2012 order granting summary judgment to Plaintiffs on all claims. Docket Nos. 132, 136. In September 2012, the Ninth Circuit stayed the appeal in light of the then-pending petitions for certiorari in Windsor v. United States, 133 S. Ct. 2675 (2013), and Hollingsworth v. Perry, 133 S. Ct. 2652 (2013). After the Supreme Court granted certiorari and issued its decisions in those cases, the Ninth Circuit lifted its stay in the present case. Docket No. 146.

On October 28, 2013, the Ninth Circuit vacated the portion of this Court's May 2012 judgment "concerning the domestic partner plaintiffs" and remanded for "further proceedings in light of subsequent legal developments," including the Supreme Court's decisions in Windsor and Hollingsworth. Docket No. 147. Accordingly, the parties are directed to submit briefs addressing

the import of subsequent legal developments on this Court's judgment concerning domestic partnership Plaintiffs. Federal Defendants and BLAG shall file a joint brief, not to exceed fifteen pages, on January 2, 2014. Plaintiffs shall file a responsive brief, also not to exceed fifteen pages, on January 16, 2014. Federal Defendants and BLAG shall file their reply brief, not to exceed ten pages, on January 23, 2014. The Court shall hear oral argument and set future dates, as necessary, at 2:00 p.m. on February 6, 2014.

    IT IS SO ORDERED.

Dated: 11/26/2013

CLAUDIA WILKEN
United States District Judge