STUART F. DELERY
Assistant Attorney General

ARTHUR R. GOLDBERG (DC Bar No. 180661)
Assistant Branch Director

JEAN LIN (NY Bar No. 4074530)
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
(202) 514-3716
(202) 616-8470 (Fax)
jean.lin@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, CHERYL LIGHT, DAVID BEERS, CHARLES COLE, RAFAEL V. DOMINGUEZ, and JOSE G. HERMOSILLO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS, <br><br> Defendants. | Case No. CV 4:10-01564-CW <br><br><br> **PARTIES' STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE** |

WHEREAS, Plaintiffs are five gay and lesbian couples—four of the couples are married, and one couple is registered as domestic partners but is not married—and each couple has a spouse or partner who is a state employee eligible to enroll in the long-term care insurance program maintained by the California Public Employees' Retirement System ("CalPERS");

WHEREAS, on July 15, 2011, this Court certified a class that includes "[p]resent and future CalPERS members who are in legally recognized same-sex marriages and registered domestic partnerships together with their spouses and partners, who as couples and families are denied access to the CalPERS Long–Term Care Program on the same basis as similarly situated present and future CalPERS members who are in opposite-sex marriages, and their spouses";

WHEREAS, on May 24, 2012, this Court entered judgment in favor of Plaintiffs; and on July 31, 2012, this Court stayed compliance with the judgment pending appeal;

WHEREAS, on October 28, 2013, the Court of Appeals vacated that portion of the district court's judgment concerning the domestic partner plaintiffs, and remanded the case "for further proceedings in light of subsequent legal developments, including the Supreme Court's subsequent decisions in *United States v. Windsor*, 133 S. Ct. 2675 (2013), and *Hollingsworth v. Perry*, 133 S. Ct. 2652 (2013), as well as the resumption of marriage licenses for same-sex couples in California";

WHEREAS, on November 26, 2013, the Court ordered the parties to submit briefs addressing the import of *Windsor* and *Perry* on this Court's judgment concerning domestic partnership, and issued a briefing schedule whereby Federal Defendants' brief is due by January 2, 2013,[1] Plaintiffs' response is due by January 16, 2014, Federal Defendants' reply is due by January 23, 2014, and hearing is set for February 6, 2014;

WHEREAS, Federal Defendants' counsel is unable to comply with the briefing schedule as ordered by this Court because of previously-scheduled vacation from December 23, 2013 through January 3, 2013 and other litigation commitments both before and after those dates, including motions for summary judgment in two separate cases due on December 2, 2013 (extension motion pending) and

---

[1] Although this Court's order included the Bipartisan Legal Advisory Group ("BLAG"), BLAG has since moved to withdraw from this case [Dkt. No. 149], and is therefore not a party to this Stipulation.

Stipulation and Proposed Order
Case No. CV 4:10-01564-CW                                                                 Page 1

January 30, 2014, respectively, an opposition to attorney's fee application due on December 16, 2013 in a third case, and two other miscellaneous opposition briefs due on December 20, 2013;

WHEREAS, the parties have met and conferred;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT THE BRIEFING SCHEDULE IS AS FOLLOWS:

February, 13, 2014:  Federal Defendants' brief;

March 6, 2014:  Plaintiffs' response;

March 20, 2014:  Federal Defendants' reply; and

April 3, 2014:   Hearing.

So stipulated,

LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER

Dated:  December 3, 2013          By:   /s/ Claudia Center
                                        Claudia Center, Counsel for Plaintiffs


STEPTOE & JOHNSON LLP

Dated:  December 3, 2013          By:   /s/ Edward Gregory
                                        Edward Gregory, Counsel for Defendants CalPERS and Stausboll


U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION

Dated:  December 3, 2013          By:   /s/ Jean Lin
                                        Jean Lin, Counsel for Federal Defendants

Stipulation and Proposed Order
Case No. CV 4:10-01564-CW                                                                Page 2

**<u>ORDER</u>**

1 It is so ordered.

2

3

4 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
   Dated                                    UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Stipulation and Proposed Order
Case No. CV 4:10-01564-CW                                                                     Page 3