UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL DRAGOVICH; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; et al.,<br><br>        Defendants - Appellants,<br><br> and<br><br>BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM and ANNE STAUSBOLL, Chief Executive Officer, CalPERS,<br><br>        Defendants,<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>        Intervenor-Defendant. | No. 12-16628<br><br>D.C. No. 4:10-cv-01564-CW<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered October 28, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk