IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DRAGOVICH; MICHAEL GAITLEY; ELIZABETH LITTERAL; PATRICIA FITZSIMMONS; CAROLYN LIGHT; CHERYL LIGHT; DAVID BEERS; CHARLES COLE; RAFAEL V. DOMINGUEZ; and JOSE G. HERMOSILLO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; JACOB LEW, in his official capacity as Secretary of the U.S. Treasury Department; INTERNAL REVENUE SERVICE; JOHN KOSKINEN, in his official capacity as Commissioner of the Internal Revenue Service; BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS; and BIPARTISAN LEGAL ADVISORY GROUP,<br><br>    Defendants.[1] | No. C 10-1564 CW<br><br>ORDER DENYING MOTION TO WITHDRAW (Docket No. 149) |

Defendant Bipartisan Legal Advisory Group (BLAG) moves to withdraw as a party. Plaintiffs oppose the motion on the grounds that the Court has yet to decide whether they may recover attorneys' fees and costs from BLAG. They note that they plan to file a motion for attorneys' fees and costs under 42 U.S.C. § 1988

---

[1] The Court has substituted Defendants Jacob Lew and John Koskinen as Defendants pursuant to Federal Rule of Civil Procedure 25(d).

and the Equal Access to Justice Act (EAJA), 28 U.S.C. §§ 2412 et seq., after the stay of attorneys' fee litigation is lifted. Although BLAG contends that Plaintiffs may not recover attorneys' fees under either of these statutes, this issue is not appropriate for resolution on a motion to withdraw.  BLAG's motion to withdraw as a party (Docket No. 149) is therefore DENIED.  However, with the exception of responding to Plaintiffs' motion for attorneys' fees and costs, BLAG is excused from participating in all matters in this litigation.  The Court will lift the stay of attorneys' fee litigation and solicit briefing on the matter after it has resolved the remaining claims of domestic partner Plaintiffs.  As previously stated, a hearing on the domestic partnership issues will be held at 2:00 p.m. on April 3, 2014.

    IT IS SO ORDERED.

Dated: 1/17/2014

    CLAUDIA WILKEN
    United States District Judge

2