STUART F. DELERY
Assistant Attorney General

KATHLEEN R. HARTNETT
Deputy Assistant Attorney General

ARTHUR R. GOLDBERG (DC Bar No. 180661)
Assistant Branch Director

JEAN LIN (NY Bar No. 4074530)
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
(202) 514-3716
(202) 616-8470 (Fax)
jean.lin@usdoj.gov

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)**

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, CHERYL LIGHT, DAVID BEERS, CHARLES COLE, RAFAEL V. DOMINGUEZ, and JOSE G. HERMOSILLO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>    Defendants. | Case No. CV 4:10-01564-CW<br><br><br>FEDERAL DEFENDANTS' ERRATA REGARDING DOCKET NUMBER 158 |

Federal Defendants respectfully submit a corrected version of their filing made on February 13, 2014 (Dkt. 158), entitled Federal Defendants' Brief Regarding *Windsor v. United States* and *Hollingsworth v. Perry*. The docket number for the document is 158 and the entry appears on the docket as follows: "Supplemental Brief Regarding Implication of Windsor and Perry pursuant to 148 Order."

The February 13, 2014 version inadvertently removed the line numbers from the document starting from page 2, and also omitted the tables of contents and authorities. A corrected copy is attached. Federal Defendants regret the errors.

Date: March 10, 2014

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

KATHLEEN R. HARTNETT
Deputy Assistant Attorney General

ARTHUR R. GOLDBERG
Assistant Branch Director

  /s/ *Jean Lin*_____
JEAN LIN
Senior Trial Counsel
U.S. Department of Justice, Civil Div.
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
(202) 514-3716
(202) 616-8470 (Fax)
jean.lin@usdoj.gov

Attorneys for Federal Defendants