William C. McNeill, III, State Bar No. 64392
Elizabeth Kristen, State Bar No. 218227
LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 864-8848
Facsimile:   (415) 593-0096
Email:        wmcneill@las-elc.org
                   ekristen@las-elc.org

Daniel S. Mason, State Bar No. 54065
Patrick Clayton, State Bar No. 240191
ZELLE HOFMAN VOELBEL & MASON LLP
44 Montgomery St Ste 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email: pclayton@zelle.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)**

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, CHERYL LIGHT, DAVID BEERS, CHARLES COLE, RAFAEL V. DOMINGUEZ, and JOSE G. HERMOSILLO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>    Defendants. | Case No. CV 4:10-01564-CW<br><br>*Assigned to the Hon. Claudia Wilken*<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CASE MANAGEMENT CONFERENCE TO JULY 30, 2014** |

1        WHEREAS, on May 28, 2014, counsel for Plaintiffs filed a Joint Stipulation and

2    [Proposed] Order to Extend the Case Management Conference to June 25, 2014 due to the

3    possible en banc proceedings in *Smithkline Beecham Corporation v. Abbott Laboratories* (11-

4    17357, 11-17373) and questions about domestic partner class members.

5        WHEREAS, on May 29, 2014, Hon. Claudia Wilken granted the Joint Stipulation to

6    Extend the Case Management Conference to June 25, 2014.

7        WHEREAS the Court in *Smithkline Beecham Corporation v. Abbott Laboratories* still

8    has not issued a decision regarding whether to rehear the case en banc as of the date of this

9    stipulation.

10       WHEREAS all parties have agreed to a five-week extension of the Case Management

11   Conference from June 25, 2014 to July 30, 2014.

12       THEREFORE, the parties stipulate and agree, through their counsel, that the court

13   should grant the stipulation to extend the Case Management Conference to July 30, 2014.

14       SO STIPULATED:

                                                LEGAL AID SOCIETY –
                                                EMPLOYMENT LAW CENTER

Dated:  June 17, 2014                           By:    /s/Elizabeth Kristen
                                                Elizabeth Kristen, Counsel for Plaintiffs


                                                BOARD OF ADMINISTRATION OF
                                                CALIFORNIA PUBLIC EMPLOYEES'
                                                RETIREMENT SYSTEM, and ANNE
                                                STAUSBOLL


Dated:  June 17, 2014                           By:    /s/ Edward Gregory
                                                Edward Gregory, Counsel for Defendants CalPERS
                                                and Stausboll


                                                U.S. DEPARTMENT OF JUSTICE
                                                CIVIL DIVISION

Dated: June 17, 2014                            By:    /s/ Jean Lin
                                                Jean Lin, Counsel for Federal Defendants

**ORDER**

**IT IS SO ORDERED.**

6/18/2014
Dated

Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories, and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

Dated: June 17, 2014                              /s/ Elizabeth Kristen
                                                             Elizabeth Kristen