IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DRAGOVICH, et al.,

    Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF THE TREASURY, et al.,

    Defendants.
_____/

No. C 10-01564 CW

ORDER VACATING CASE MANAGEMENT CONFERENCE

The case management conference set for July 30, 2014 is vacated. The parties shall brief the issues they identify in their case management conference statement, with the exception of attorneys' fees and costs, which will be considered when the case is concluded. Plaintiffs shall file an opening of brief of twenty-five pages or less on August 14, 2014, addressing discovery, leave to file an amended complaint, with any proposed amended complaint attached, summary judgment on all remaining claims, and on any remedy requested, and any other open issues. Defendants shall respond on August 28, 2014, in a single brief of not more than thirty pages, opposing Plaintiffs' motions and cross-moving to dismiss or for summary judgment on any remaining claims. Plaintiffs shall file a reply on their motions and an opposition to any cross-motions in a single brief of up to fifteen pages. Defendants may file a reply on any cross-motion on September 4, 2014, in a single brief of up to ten pages. The

matter will be heard on September 18, 2014, at 2:00 pm.  The parties may move for additional pages or move or stipulate to an extension of the briefing and hearing schedule.

Dated: 7/29/2014

CLAUDIA WILKEN
United States District Judge