IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DRAGOVICH, et al., on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF THE TREASURY, et al.,

    Defendants.
_____/

No. C 10-01564 CW

AMENDED JUDGMENT

For the reasons set forth in this Court's prior order granting Plaintiffs' motion for summary judgment and denying BLAG's and Federal Defendants' cross-motion for summary judgment (Docket No. 124), the Ninth Circuit's order vacating the portion of the judgment concerning domestic partner plaintiffs (Docket No. 147), and the Court's current order denying Plaintiffs' motion for summary adjudication and granting State and Federal Defendants' cross-motions for summary judgment (Docket No. 192),

IT IS ORDERED AND ADJUDGED as follows:

The Judgment previously entered in favor of Plaintiffs remains as to same-sex spouse class members.  Judgment is entered in favor of Defendants and against Plaintiffs as to same-sex registered domestic partner class members.

Dated at Oakland, California, this 4th day of December, 2014.

RICHARD W. WIEKING
Clerk of Court

_____
By: Deputy Clerk