William C. McNeill, III, State Bar No. 64392
Elizabeth Kristen, State Bar No. 218227
LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Email: wmcneill@las-elc.org
    ekristen@las-elc.org

Daniel S. Mason, State Bar No. 54065
Patrick Clayton, State Bar No. 240191
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email: pclayton@zelle.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)**

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, CHERYL LIGHT, DAVID BEERS, CHARLES COLE, RAFAEL V. DOMINGUEZ, and JOSE G. HERMOSILLO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>    Defendants. | Case No. 4:10-cv-01564-CW<br><br>*Assigned to the Hon. Claudia Wilken*<br><br>**JOINT STIPULATION AND PROPOSED ORDER REGARDING PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES, COSTS AND EXPENSES** |

1  WHEREAS, on May 24, 2012, this Court entered judgment in favor of Plaintiffs
2  [Docket No. 124];
3  WHEREAS, this Court, stayed Plaintiffs' motion for reasonable attorneys' fees
4  and costs [Docket Nos. 143, 181];
5  WHEREAS, on December 4, 2014, the Court entered an amended judgment in
6  favor of Plaintiffs in part and in favor of defendants in part [Docket No. 193];
7  WHEREAS, Rule 54 (d(2)(B)) of the Federal Rules of Civil Procedure sets forth
8  the procedure and timing for a plaintiff's recovery of attorneys' fees, and that rule
9  requires that a motion for such fees be filed within 14 days after entry of judgment; while,
10 correspondingly, 28 U.S.C. § 2412 (EAJA), which provides for a plaintiff's recovery of
11 attorneys' fees against the Federal Government, or any agency, or any official of the
12 United States acting in his or her official capacity, in certain circumstances, requires that
13 a motion for such fees and other expenses be filed within 30 days of final judgment in the
14 action;
15 WHEREAS, Plaintiffs are seeking additional time within which to file their
16 motion for reasonable attorneys' fees, costs and expenses;
17 WHEREAS, all parties have agreed to allow Plaintiffs additional time within
18 which to file their motion for reasonable attorneys' fees, costs and expenses;
19 WHEREAS, all parties have agreed to a stipulated briefing schedule;
20 THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:
21 Plaintiffs' motion for reasonable attorneys' fees, costs and expenses will be filed
22 on or before January 30, 2015.
23 Defendants' opposition to Plaintiffs' motion for reasonable attorneys' fees, costs
24 and expenses will be filed on or before March 13, 2015.
25 Plaintiffs' reply in support of their motion for reasonable attorneys' fees, costs and
26 expenses will be filed on or before April 13, 2015.
27 The hearing on Plaintiffs' motion for reasonable attorneys' fees, costs and
28 expenses will be on May 7, 2015 at 2:00 p.m.

So stipulated,

                                       THE LEGAL AID SOCIETY –
                                       EMPLOYMENT LAW CENTER

Dated:  December 12, 2014         By:  /S/ Elizabeth Kristen
                                         Elizabeth Kristen

                                       BOARD OF ADMINISTRATION OF
                                       CALIFORNIA PUBLIC EMPLOYEES'
                                       RETIREMENT SYSTEM, and ANNE
                                       STAUSBOLL

Dated: December 12, 2014          By:  /S/ Edward Gregory
                                       Edward Gregory, Counsel for Defendants CalPERS
                                       and Stausboll

                                       U.S. DEPARTMENT OF JUSTICE
                                       CIVIL DIVISION

Dated:  December 12, 2014         By:  /S/ Jean Lin
                                       Jean Lin, Counsel for Federal Defendants

                                       BIPARTISAN LEGAL ADVISORY GROUP
                                       OF THE HOUSE OF REPRESENTATIVES

Dated: December 12, 2014          By:  /S/ Kerry W. Kircher
                                       Kerry W. Kircher, Counsel for
                                       Bipartisan Legal Advisory Group

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories, and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

/S/ Elizabeth Kristen
Elizabeth Kristen

1
2  **ORDER**

3  It is so ordered.
4
5
6  _____        _____
7  Dated                                 UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28