William C. McNeill, III, State Bar No. 64392
Elizabeth Kristen, State Bar No. 218227
LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Email: wmcneill@las-elc.org
       ekristen@las-elc.org

Daniel S. Mason, State Bar No. 54065
Patrick Clayton, State Bar No. 240191
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email: pclayton@zelle.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| MICHAEL DRAGOVICH, MICHAEL GAITLEY, ELIZABETH LITTERAL, PATRICIA FITZSIMMONS, CAROLYN LIGHT, CHERYL LIGHT, DAVID BEERS, CHARLES COLE, RAFAEL V. DOMINGUEZ, and JOSE G. HERMOSILLO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service, BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ANNE STAUSBOLL, in her official capacity as Chief Executive Officer, CalPERS,<br><br>    Defendants. | Case No. 4:10-cv-01564-CW<br><br>*Assigned to the Hon. Claudia Wilken*<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES, COSTS AND EXPENSES** |

1    WHEREAS, on December 12, 2014, Plaintiffs filed a Joint Stipulation and
2 Proposed Order are seeking additional time within which to file their motion for
3 reasonable attorneys' fees, costs and expenses and setting a briefing schedule;
4    WHEREAS, on December 15, 2014, this Court entered an order granting
5 Plaintiffs additional time and setting a briefing schedule;
6    WHEREAS, Plaintiffs' opening brief is due January 30, 2015;
7    WHEREAS, on January 19, 2015, Plaintiffs' counsel emailed Defendants'
8 counsel asking to meet and confer pursuant to Local Rule 54-5(a);
9    WHEREAS, on January 22, 2015, counsel for Plaintiffs, the federal Defendants
10 and the state Defendants met and conferred telephonically.  During this productive phone
11 call, the parties agreed to further discuss Plaintiffs' attorneys' fees, costs and expenses
12 once Plaintiffs' counsel could provide a more detailed breakdown of fees, costs and
13 expenses to Defendants;
14    WHEREAS, both counsel for federal and state Defendants indicated that they
15 would stipulate to more time for Plaintiffs' motion should Plaintiffs request more time;
16    WHEREAS, Plaintiffs' counsel has been working diligently on the motion for
17 reasonable attorneys' fees, costs and expenses but due to the press of other litigation
18 matters (including an appellate fee reply in *Ollier v. Sweetwater*, Case No. 12-56348 (due
19 February 23, 2015)), the complicated nature of the motion, the time required to review
20 and categorize time spent (more than 2000 hours) by two organizations regarding three
21 defendants and claims of same-sex plaintiffs and domestic partner plaintiffs over five
22 years, and the possibility of further productive meet and confer sessions with the federal
23 and state Defendants that could narrow the issues in dispute in the motion, Plaintiffs'
24 counsel is seeking to modify the briefing schedule to afford Plaintiffs' counsel additional
25 time to file the motion for reasonable attorneys' fees, costs and expenses;
26    WHEREAS, all parties have agreed to a stipulated briefing schedule;
27    THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:
28

1  Plaintiffs' motion for reasonable attorneys' fees, costs and expenses will be filed
2  on or before March 12, 2015.
3  Defendants' opposition to Plaintiffs' motion for reasonable attorneys' fees, costs
4  and expenses will be filed on or before April 27, 2015.
5  Plaintiffs' reply in support of their motion for reasonable attorneys' fees, costs
6  and expenses will be filed on or before May 21, 2015.
7  The hearing on Plaintiffs' motion for reasonable attorneys' fees, costs and
8  expenses will be on June 11, 2015 at 2:00 p.m.

So stipulated,

                                                  THE LEGAL AID SOCIETY –
                                                  EMPLOYMENT LAW CENTER

Dated: January 26, 2015          By: /S/ Elizabeth Kristen
                                                  Elizabeth Kristen

                                                  BOARD OF ADMINISTRATION OF
                                                  CALIFORNIA PUBLIC EMPLOYEES'
                                                  RETIREMENT SYSTEM, and ANNE
                                                  STAUSBOLL

Dated: January 26, 2015          By: /S/ Jennifer Morrow
                                                  Jennifer Morrow, Counsel for Defendants CalPERS
                                                  and Stausboll

                                                  U.S. DEPARTMENT OF JUSTICE
                                                  CIVIL DIVISION

Dated: January 26, 2015          By: /S/ Jean Lin
                                                  Jean Lin, Counsel for Federal Defendants

                                                  BIPARTISAN LEGAL ADVISORY GROUP
                                                  OF THE HOUSE OF REPRESENTATIVES

Dated: January 26, 2015          By: /S/ Kerry W. Kircher
                                                  Kerry W. Kircher, Counsel for
                                                  Bipartisan Legal Advisory Group

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories, and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

<u>/S/ Elizabeth Kristen</u>
Elizabeth Kristen

3                                              4:10-cv-01564-CW
Stipulation and [~~Proposed~~] Order Re Plaintiff's Motion for Reasonable Attorneys' Fees

**ORDER**

It is so ordered.

| | |
|---|---|
| 1/28/2015 | _____ |
| Dated | UNITED STATES DISTRICT JUDGE |