IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DRAGOVICH, et al., on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF THE TREASURY, et al.,

    Defendants.
_____/

No. C 10-01564 CW

ORDER ON STIPULATED ATTORNEYS' FEES

(Docket Nos. 200 and 202)

    On March 12, 2015, Plaintiffs filed a motion for attorneys' fees in the above-captioned case. (Docket No. 200). Thereafter, Plaintiffs and two of the Defendants in this case, the Board of Administration of California Public Employees' Retirement System and Anne Stausboll (together, State Defendants), entered into an agreement regarding State Defendants' liability for fees. They filed a document titled "Plaintiffs' State Defendants' Stipulated Amended Judgment Regarding Attorneys' Fees and Proposed Order." (Docket No. 202). The document sets forth the terms of their agreement, and asks the Court for approval. Among other terms, Plaintiffs and State Defendants agree that the State Defendants shall pay Plaintiffs $85,000.00 in attorneys' fees, and, within five days of payment, Plaintiffs will effect dismissal of the action as to State Defendants. The Court hereby approves the parties' stipulation. The parties' request for an amended judgment is denied as unnecessary. The portion of Plaintiffs'

pending motion for attorneys' fees (Docket No. 200) that relates only to State Defendants is mooted by the parties' stipulation and this order.

       IT IS SO ORDERED.

Dated: 04/27/2015



CLAUDIA WILKEN
United States District Judge